IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD CONLON, Individually and
and on Behalf of All Others Similarly
Situated
           Plaintiff

: Civil Action No. : MJG 00-CV-2174

vs.

JOSEPH RENSIN, RICHARD PALMER,
J. BARRY DUMSER, and JOHN DAVIS

           Defendants

FEE PAID

FEE NOT PAID

## MOTION FOR ADMISSION *PRO HAC VICE*

Ronald Conlon, plaintiff by its undersigned attorneys, moves the Court pursuant to Local Rules 101 (1) (b) for an order admitting Todd S. Collins, Esquire to practice *pro hac vice* in this Court for the duration of this civil action, and states as follows:

1. Todd S. Collins is a member of the law firm of Berger & Montague, P.C. , in Philadelphia, Pennsylvania.  He is a member in good standing of the Pennsylvania Bar. He is also admitted to practice in the United States Courts of Appeals for the Third, Ninth and Eleventh Circuits and the District Courts for the Eastern District of Pennsylvania.

2. Mr. Collins has never previously been admitted to practice in this Court.

3. Mr. Collins has never been disbarred, suspended, or denied admission to practice.

4. Mr. Collins is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and



the Rules of Professional Conduct, and understands that he shall be the subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceedings will be the undersigned who has formally been admitted to the bar of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Movant: _____
Larry Quinn, Esquire
Bar. No. 0} ST 4 J
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
(410) 752-9700

Proposed Admitee: _____
Todd S. Collins, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED (subject to payment of $50.00 filing fee to Court Clerk

Motion _____ DENIED

Dated: __1/24/01__                    _____
                                       United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2001, a copy of the foregoing Motion for Admission *Pro Hac Vice* was sent by first-class mail, postage prepaid, to:

Jeffrey B. Maletta, Esquire
Kirkpatrick & Lockhart, LLP
1800 Massachusettes Avenue, N.W.
Washington, DC 20036

Michael D. Trager, Esquire
Fulbright & Jaworksi, LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20036

Thomas McGonigle, Esq.
McGuire Woods
1050 Connecticut Avenue
Suite 1200
Washington, DC 20036

Timothy M. Broas, Esq.
Winston & Strawn
1400 L Street, N.W.
Washington, DC 20005

_____
Kimberly A. Walker