IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD CONLON, Individually and
and on Behalf of All Others Similarly
Situated

        Plaintiff

vs.

JOSEPH RENSIN, RICHARD PALMER,
J. BARRY DUMSER, and JOHN DAVIS

        Defendants

: Civil Action No. : MJG 00-CV-2174

**MOTION FOR ADMISSION *PRO HAC VICE***

Ronald Conlon, plaintiff by its undersigned attorneys, moves the Court pursuant to Local Rules 101 (1) (b) for an order admitting Lynn L. Sarko, Esquire to practice *pro hac vice* in this Court for the duration of this civil action, and states as follows:

1. Mr. Sarko is a member of the law firm of Keller Rohrback, LLP, in Seattle, Washington. He is a member in good standing of the bar of the State of Washington. He is also admitted to practice in the following courts:

| Title of Court | Date of Admission |
|---|---|
| United States Supreme Court | 1984 |
| United States Court of Appeals, D.C. Circuit | 1983 |
| United States Court of Appeals, D.C. Fourth Circuit | 1984 |
| United States Court of Appeals, D.C. Seventh Circuit | 1984 |
| United States Court of Appeals, D.C. Ninth Circuit | 1982 |
| United States Court of Appeals, D.C. Tenth Circuit | 1984 |
| United States District Court, W.D. Wisconsin | 1981 |

| Title of Court | Date of Admission |
|---|---|
| United States District Court, E.D. Wisconsin | 1988 |
| United States District Court, District of Columbia | 1983 |
| United States District Court, Western District, Washington | 1986 |
| United States District Court, Colorado | 1997 |

2. Mr. Sarko has never previously been admitted to practice in this Court.

3. Mr. Sarko has never been disbarred, suspended, or denied admission to practice.

4. Mr. Sarko is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and the Rules of Professional Conduct, and understands that he shall be the subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceedings will be the undersigned who has formally been admitted to the bar of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Movant: _____
Larry Quinn, Esquire
Bar. No. 02577
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
(410) 752-9700

Proposed Admitee: _____
Lynn L. Sarko, Esquire
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED (subject to payment of $50.00 filing fee to Court Clerk

Motion _____ DENIED

1/24/01

Marvin J. Garbis
US DJ

Dated : _____

                                           _____
                                           United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2001, a copy of the foregoing Motion for Admission *Pro Hac Vice* was sent by first-class mail, postage prepaid, to:

Jeffrey B. Maletta, Esquire
Kirkpatrick & Lockhart, LLP
1800 Massachusettes Avenue, N.W.
Washington, DC 20036

Michael D. Trager, Esquire
Fulbright & Jaworksi, LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20036

Thomas McGonigle, Esq.
McGuire Woods
1050 Connecticut Avenue
Suite 1200
Washington, DC 20036

Timothy M. Broas, Esq.
Winston & Strawn
1400 L Street, N.W.
Washington, DC 20005

*/s/ Kimberly A. Walker*
Kimberly A. Walker