## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD CONLON, Individually and and on Behalf of All Others Similarly Situated : : : | |
| Plaintiff | : Civil Action No. : MJG 00-CV-2174 |
| vs. | : : : |
| JOSEPH RENSIN, RICHARD PALMER, J. BARRY DUMSER, and JOHN DAVIS | : : : |
| Defendants | : |

### MOTION FOR ADMISSION *PRO HAC VICE*

Ronald Conlon, plaintiff by its undersigned attorneys, moves the Court pursuant to Local Rules 101 (1) (b) for an order admitting Elizabeth A. Leland, Esquire to practice *pro hac vice* in this Court for the duration of this civil action, and states as follows:

1. Ms. Leland is a member of the law firm of Keller Rohrback, LLP, in Seattle, Washington. She is a member in good standing of the bar of the State of Washington. She is also admitted to practice in the following courts:

| Title of Court | Date of Admission |
|---|---|
| State of Washington Supreme Court | 1993 |
| United States District Court, Western District of Washington | 1994 |

2. Ms. Leland has never previously been admitted to practice in this Court.

3. Ms. Leland has never been disbarred, suspended, or denied admission to practice.



4. Ms. Leland is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and the Rules of Professional Conduct, and understands that he shall be the subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceedings will be the undersigned who has formally been admitted to the bar of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Movant: _____
Larry Quinn, Esquire
Bar. No. _____
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
(410) 752-9700

Proposed Admitee: _____
Elizabeth A. Leland, Esquire
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED (subject to payment of $50.00 filing fee to Court Clerk

Motion _____ DENIED

Dated : 1/24/01

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2001, a copy of the foregoing Motion for Admission *Pro Hac Vice* was sent by first-class mail, postage prepaid, to:

Jeffrey B. Maletta, Esquire
Kirkpatrick & Lockhart, LLP
1800 Massachusettes Avenue, N.W.
Washington, DC 20036

Michael D. Trager, Esquire
Fulbright & Jaworksi, LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20036

Thomas McGonigle, Esq.
McGuire Woods
1050 Connecticut Avenue
Suite 1200
Washington, DC 20036

Timothy M. Broas, Esq.
Winston & Strawn
1400 L Street, N.W.
Washington, DC 20005

*Kimberly A. Walker*
Kimberly A. Walker