MJG-QC-2174

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 JAN 26 P 4:15

(See Attached)
Plaintiff(s)

vs.

(See Attached)
Defendant(s)

Civil Action No. MJG 00-CV-2174; MJG 00-CV-2297; MJG 00-CV-2343; MJG 00-CV-2346; MJG 00-CV-2347; MJG 00-CV-2569

FEE PAID
FEE NOT PAID

*****************************************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, Matthew H. Kirtland Esquire a member of the Bar of this court. moves the admission of Stephen M. McNabb Esquire to appear pro hac vice in the captioned proceeding as counsel for Defendant Richard J. Palmer

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of District of Columbia

and/or the following United States Court(s): District Court for District of Columbia; Circuit Court of Appeals for the District of Columbia, the Fourth and the Fifth Circuit; Supreme Court.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court Ø time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: N/A

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ______________________ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| [signature] | [signature] |
| Signature | Signature |
| Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, N.W. | Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, N.W. |
| Address | Address |
| Fifth Floor<br>Washington, D.C. 20004-2615 | Fifth Floor<br>Washington, D.C. 20004-2615 |
| (202) 662-4659 | (202) 662-4528 |
| Office phone number | Office phone number |
| (202) 662-4643 | (202) 662-4643 |
| Fax number | Fax number |
| 26089 | |
| Md. U. S. District Court Number | |

**ORDER**

Motion ✓ GRANTED

Motion ______ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion ______ DENIED

January 24, 2001 [signature]

Date Judge, U. S. District Court

11/20/00 MON 12:26 FAX 4109626948 CRD UNIT 004
Received 11/20/2000 11:27 in 01:28 on line [6] for MK0903Printed11/20/2000 11:34 * Pg 4/4

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

______________________ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| ______________________ | [signature] |
| Signature | Signature |
| Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, N.W. | Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, N.W. |
| Address | Address |
| Fifth Floor<br>Washington, D.C. 20004-2615 | Fifth Floor<br>Washington, D.C. 20004-2615 |
| (202) 662-4659 | (202) 662-4528 |
| Office phone number | Office phone number |
| (202) 662-4643 | (202) 662-4643 |
| Fax number | Fax number |
| 26089 | |
| Md. U. S. District Court Number | |

**ORDER**

Motion ✓ GRANTED

Motion ________ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion ________ DENIED

1/24/01 [signature]

Dated Judge, U. S. District Court