MJC 00-2174

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| (See Attached) | * |
| Plaintiff(s) | * |
| | * |
| vs. | * |
| | * |
| (See Attached) | * |
| | * |
| Defendant(s) | * |

Civil Action No. MJG 00-CV-2174; MJG 00-CV-2297; MJG 00-CV-2343; MJG 00-CV-2346; MJG 00-CV-2347; MJG 00-CV-2569

FEE PAID

FEE NOT PAID

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Matthew H. Kirtland__ Esquire

a member of the Bar of this court, moves the admission of __Michael D. Trager__ Esquire to

appear pro hac vice in the captioned proceeding as counsel for __Defendant Richard J. Palmer__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

__Massachusetts; Connecticut; Florida; District of Columbia__

and/or the following United States Court(s): _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: _____ N/A _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United

States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional

Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____
Signature
  Fulbright & Jaworski, L.L.P.
  801 Pennsylvania Avenue, N.W.
_____
Address
  Fifth Floor
  Washington, D.C.   20004-2615
_____

  (202) 662-4659
_____
Office phone number

  (202) 662-4643
_____
Fax number

  26089
_____
Md. U. S. District Court Number

PROPOSED ADMITTEE:

_____
Signature
  Fulbright & Jaworski, L.L.P.
  801 Pennsylvania Avenue, N.W.
_____
Address
  Fifth Floor
  Washington, D.C.   20004-2615
_____

  (202) 662-4665
_____
Office phone number

  (202) 662-4643
_____
Fax number

## ORDER

Motion _____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____1/24/01_____
Dated

_____
Judge, U. S. District Court

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United

States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional

Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

PROPOSED ADMITTEE:

Signature
  Fulbright & Jaworski, L.L.P.
  801 Pennsylvania Avenue, N.W.

Signature
  Fulbright & Jaworski, L.L.P.
  801 Pennsylvania Avenue, N.W.

Address
  Fifth Floor
  Washington, D.C.   20004-2615

Address
  Fifth Floor
  Washington, D.C.   20004-2615

  (202) 662-4659

  (202) 662-4665

Office phone number

Office phone number

  (202) 662-4643

  (202) 662-4643

Fax number

Fax number

  26089

Md. U. S. District Court Number

## O R D E R

Motion    ✔    GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

  1/24/01

Dated

Judge, U. S. District Court