UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re Creditrust Corporation Securities Litigation ) ) ) ) | Civil Action No. MJG00CV2174 |
| This document relates to Civil Action No. MJG00CV2174. ) ) ) | |

### [PROPOSED] ORDER

Upon consideration of the Consent Motion by Defendant FBW for an extension of time in which to answer or otherwise respond to the Consolidated Amended Class Action Complaint in this action, and plaintiffs' consent thereto, it is this 25th day of June, 2001

ORDERED that Defendant FBW shall answer or otherwise respond to the Consolidated Amended Class Action Complaint before September 14, 2001; that the plaintiffs shall file any opposition to any motion filed by FBW on or before October 26, 2001; and that defendant shall file any reply brief to plaintiffs' opposition on or before November 30, 2001.

_____
THE HONORABLE MARVIN J. GARBIS
United States District Judge