_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 2 8 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION ) ) ) ) _____ ) ) This document relates to ) Civil Action No. MJG00CV2174. ) _____ ) | Civil Action No. MJG00CV2174 |

CIVV FEE PAID
_____ FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Steuart H. Thomsen, Esquire, a member of the Bar of this Court, moves the admission of Neil S. Lang, Esquire to appear pro hac vice in the captioned proceeding as counsel for Ferris Baker Watts, Inc.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bars of the State of New York, The District of Columbia, and the following United States Courts: U.S. Court of Appeals for the D.C. Circuit; United States District Court for the District of Columbia; and the United States District Court for the Southern District of New York.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the District of Maryland, the Federal Rules of Evidence, and

the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

     5.    Co-counsel for the proposed admittee in this proceeding will be the undersigned Steuart H. Thomsen, Esquire, who has been formally admitted to the Bar of this Court.

     6.    It is understood that admission **pro hac vice** does not constitute formal admission to the Bar of this Court.

Respectfully submitted this 22nd day of June, 2001.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ Steuart H. Thomsen | /s/ Neil S. Lang |
| Steuart H. Thomsen | Neil S. Lang |
| SUTHERLAND ASBILL & BRENNAN LLP | SUTHERLAND ASBILL & BRENNAN LLP |
| 1275 Pennsylvania Avenue, N.W. | 1275 Pennsylvania Avenue, N.W. |
| Washington, DC 20004-2415 | Washington, DC 20004-2415 |
| Phone: 202/383-0100 | Phone: 202/383-0100 |
| Fax:   202/637-3593 | Fax:   202/637-3593 |

District of Maryland Bar No. 04216

**ORDER**

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

_June 27, 2001_                   /s/ Marvin J. Garbis
Dated                                           U.S. District Court Judge