UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 SEP 17 P 3: 01
DEPUTY

| | |
|---|---|
| IN RE CREDITTRUST CORPORATION SECURITIES LITIGATION | Civil Action No. MJG 00 CV 2174 |
| This Document Relates to ALL ACTIONS | |

### [~~PROPOSED~~] ORDER

Upon consideration of the Consent Motion of Defendants for an extension of time in which to answer or otherwise respond to the Consolidated Amended Class Action Complaint in this action, and Plaintiffs' consent thereto, it is this 17th day of September, 2001

ORDERED that all Defendants shall answer or otherwise respond to the Consolidated Amended Class Action Complaint on or before September 21, 2001; that the Plaintiffs shall file any opposition to any motion filed by these Defendants on or before November 2, 2001; and that Defendants shall file any reply briefs to Plaintiffs' Opposition on or before December 7, 2001.

The Honorable Marvin J. Garbis
United States District Judge

