

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: CREDITTRUST CORPORATION SECURITIES LITIGATION _____ This Document relates to Civil Action No. MJG00CV2174 _____ | CIVIL ACTION NO. MJG00CV2174 |

**ORDER**
**(CONSENT MOTION OF DEFENDANT BOENNING & SCATTERGOOD, INC. FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT)**

UPON CONSIDERATION OF the Consent Motion of Defendant Boenning & Scattergood, Inc. For Extension of Time to Respond To Amended Complaint, all parties having consented thereto, the record in this case, and the applicable law, it is this __17th__ day of __September__, 2001,

ORDERED that the Consent Motion of Defendant Boenning & Scattergood, Inc. For Extension of Time to Respond To Amended Complaint be and hereby is GRANTED; and it is further

ORDERED that the time in which all defendants in this action, including but not limited to defendant Boenning & Scattergood, Inc., have in which to answer, move, or

otherwise plead in response to the Consolidated Amended Class Action Complaint be and hereby is EXTENDED TO AND INCLUDING FRIDAY, SEPTEMBER 21, 2001; and it is further

ORDERED that plaintiffs shall file any opposition papers on or before Friday, November 2, 2001; and it is further

ORDERED that defendants shall file any replies on or before Friday, December 7, 2001.

*[signature]*
JUDGE, UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

Copies to:

Timothy M. Broas, Esquire
Winston & Strawn
1400 L Street, N.W.
Washington, D.C. 20005-3502

Todd S. Collins, Esquire
Jacobs A. Goldberg, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Fruchter & Twersky
60 East 42nd Street, 47th Floor
New York, NY 10165

Paul J. Geller, Esquire
Cauley & Geller, LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431-7379

Fred Taylor Isquith, Esquire
Wolf Haldenstein Adler
 Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016

Neil Lang, Esquire
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

William Alden McDaniel, Jr.
McDaniel, Bennett & Griffin
118 West Mulberry Street
Baltimore, Maryland 21201

Thomas McGonigle, Esquire
McGuire Woods
1050 Connecticut Ave., N.W.
Suite 1206
Washington, D.C. 20036

Jeffrey Malletta, Esquire
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 10036

Bruce G. Murphy, Esquire
265 Lloyd's Lane
Vero Beach, FL 32963

Charles J. Piven, Esquire
Marshall N. Perkins, Esquire
Law Offices of Charles J. Piven, P.A.
The World Trade Center, Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202

Lawrence Quinn, Esquire
Timothy A. Hodge, Jr., Esquire
Tydings & Rosenberg LLP
1000 East Pratt Street
Baltimore, Maryland 21202

David Ralph, Esquire
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

Lynn Lincoln Sarko, Esquire
Juli E. Farris, Esquire
Elizabeth A. Leland, Esquire
Keller Rohrbek, LLP
1210 Third Avenue, Suite 3200
Seattle, WA 98101

Steve G. Schulman, Esquire
Samuel H. Rudman, Esquire
Milberg Weiss Bershad
 Hynes & Lerach LLP
 One Pennsylvania Plaza
New York, NY 10119-0165

Marc A. Topaz, Esquire
Robert B. Weiser, Esquire
Schiffrin & Barroway, LLP
3 Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Michael D. Trager, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604

James Ulwick, Esquire
Kramon & Graham, P.A.
Commerce Place
1 South Street, Suite 2600
Baltimore, Maryland 21202-3281

Patrick D. Vallone, Esquire
Vinston, Nissler, Allen & Vallone
1600 Stout Street, Suite 1100
Denver, CO 80202