UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | Civil Action No. MJG 00 CV 2174 |
| This Document Relates to ALL ACTIONS | |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to File an Overlength Brief, it is this _24th_ day of _September_, 2001 ORDERED that Defendant Joseph K. Rensin is granted permission to file a brief in support of his Motion to Dismiss the Consolidated Amended Class Action not to exceed 80 pages.

_____
The Honorable Marvin J. Garbis
United States District Judge

DC-467018 v1 0306217-0100