FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 29 P 4:13

CLERK'S OFFICE
BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDIT ARBATTCORPORATION : Civil Action No. MJG 00 CV 2174
SECURITIES LITIGATION :

This Document Relates to ALL ACTIONS :

### [PROPOSED] ORDER

Upon consideration of the Consent Motion of Plaintiffs for an extension of time in which to file their oppositions to the various Defendants' Motions to Dismiss this action, and Defendants' consent thereto, it is this 29th day of October, 2001.

ORDERED that all Plaintiffs shall file their oppositions to Defendants' various Motions to Dismiss the Consolidated Amended Class Action Complaint on or before December 21, 2001; and that Defendants shall file any reply briefs to Plaintiffs' Opposition on or before February 8, 2002.

_____
The Honorable Marvin J. Garbis
United States District Judge

#275175