**ORIGINAL**

FEE PAID
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION        :   Civil Action No. MJG 00 CV 2174

..o0o..

## MOTION FOR ADMISSION PRO HAC VICE

I, Erik C. Martini, am a member in good standing of the bar of this Court. My bar number is 25948. I am moving the admission of Thomas J. McGonigle to appear pro hac vice in this case as counsel for J. Barry Dumser.

We certify:

1. The proposed admittee is a member in good standing of the bars of the states of: New York and the District of Columbia and/or the following United States Courts: U.S. Supreme Court, U.S. Court of Appeals for the 2nd and D.C. Circuit, U.S. District Court for D.C., the Eastern and Southern District of New York, and the Western District of Michigan.

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, the Federal Rules of Evidence and the Rules of Professional Conduct, and understand he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the (undersigned movant) or _____, also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| McGuireWoods LLP | LeClair Ryan |
| 7 Saint Paul Street, Suite 1000 | 1717 Pennsylvania Avenue, N.W., 7th Floor |
| Baltimore, Maryland 21202-1671 | Washington, D.C. 20006 |

***********************************************************************

## ORDER

[✓] **GRANTED**

[ ] **DENIED**

_November 15, 2001_           _____
Date                          **United States District Judge**

2