UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 26  P 2: 37

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN RE CREDITRUST CORPORATION          Civil Action No. MJG 00 CV 2174
SECURITIES LITIGATION

This Document Relates to ALL ACTIONS

[~~PROPOSED~~] ORDER

Upon consideration of the Consent Motion to File an Overlength Brief, it is this 26th day of December, 2001, ORDERED that Plaintiffs are granted permission to file a brief in opposition to Defendants' collective Motions to Dismiss the Consolidated Amended Class Action not to exceed 100 pages.

_____
The Honorable Marvin J. Garbis
United States District Judge

#343815