# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:
Creditrust Corporation
Securities Litigation

**Plaintiff(s)**

vs.

**Defendant(s)**

Case No.: MJG00CV2174

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, William Alden McDaniel, Jr., am a member in good standing of the bar of this Court. My bar number is 00571. I am moving the admission of Aaron Krauss to appear *pro hac vice* in this case as counsel for Boenning & Scattergood, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| PA Supreme Court | 1991 |
| U.S.D.C. E.D. PA | 1992 |
| U.S. Court of Appeals 3rd Cir. | 1992 |
| ~~Eastern District of Michigan~~ | ~~1998~~ |
| N.J. Supreme Court | 1991 |
| U.S.D.C. D.N.J. | 1992 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended,

or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

MOVANT

_____
Signature

William Alden McDaniel, Jr.
Printed Name

McDaniel, Bennett & Griffin
Firm

118 W. Mulberry St. Baltimore, MD 21201
Address

(410) 685-3810
Telephone Number

410 685-0203
Fax Number

PROPOSED ADMITTEE

_____
Signature

Aaron Krauss
Printed Name

Cozen O'Connor
Firm

1900 Market Street, Phila, PA 19103
Address

(215) 665-2000
Telephone Number

(215) 665-2013
Fax Number

*************************************************************************

## ORDER

☒ GRANTED   ☐ DENIED

12/27/01
Date

_____
United States District Judge