Original

$50.00
#159807

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

✓ FEE PAID

2001 DEC 27 P 3:20

FEE NOT PAID
(SEND LETTER)

CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY

IN RE:
Creditrust Corporation
Securities Litigation

**Plaintiff(s)**

Case No.: MJG00CV2174

vs.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 DEC 19 P 3:21
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY

******

**Defendant(s)**

**MOTION FOR ADMISSION *PRO HAC VICE***

I, William Alden McDaniel, Jr., am a member in good standing of the bar of this Court. My bar number is 00571. I am moving the admission of Philip G. Kircher to appear *pro hac vice* in this case as counsel for Boenning & Scattergood, Inc..

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| PA Supreme Court | 11-22-76 |
| U.S.D.C. E.D. PA | 11-24-76 |
| U.S. Court of Appeals 3rd Cir. | 7-7-92 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended,



73

OK
cms 12/26/01

or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or ______________________________, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
| --- | --- |
| Signature | Signature |
| William Alden McDaniel, Jr. #00591 | Philip G. Kircher |
| Printed Name | Printed Name |
| McDaniel, Bennett & Griffin | Cozen O'Connor |
| Firm | Firm |
| 118 W. Mulberry St. Baltimore, MD 21201 | 1900 Market Street, ~~Phila, PA~~ 19103 |
| Address | Address |
| (410) 685-3810 | (215) 665-2000 |
| Telephone Number | Telephone Number |
| 410.685.0203 | (215) 665-2013 |
| Fax Number | Fax Number |

Phil = 121389
Plid = 75622

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 DEC 19 P 3:22
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

**********************************************************************

**ORDER**

☒ GRANTED ☐ DENIED

12/27/01

Date

United States District Judge