

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | : | Civil Action No. MJG 00 CV 2174 |
| | : | |
| This Document Relates to ALL ACTIONS | : | |

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to File an Overlength Brief, it is this

_14th_ day of _February_, 2002 ORDERED that Defendant Joseph K. Rensin is granted

permission to file a Reply Memorandum in support of his Motion to Dismiss the

Consolidated Amended Class Action Complaint not to exceed 31 pages.

_____
The Honorable Marvin J. Garbis
United States District Judge