UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | Civil Action No. MJG 00 CV 2174 |
| This Document Relates to ALL ACTIONS | |

### AGREED MOTION FOR ENLARGEMENT OF TIME

Jefferson Moore, through counsel, hereby moves this Court, pursuant to F. R. Civ. P. 6(b)(1), for an enlargement of the time allowing Mr. Moore to move or otherwise respond to the Plaintiffs' complaint, up to and including May 4, 2002. Counsel for Mr. Moore has only recently been retained to represent Mr. Moore in this matter. Counsel for Mr. Moore has consulted with Jacob Goldberg, counsel for Plaintiffs, and Plaintiffs have no objection to this schedule. No previous extensions of time have been sought by Mr. Moore.

Respectfully submitted,

Jonathan M. Jacobs (MD. No. 06306)
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004
(202) 639-7000

Attorneys for Jefferson Moore

DATE: March 19, 2002

Pursuant to the above agreed motion, and good cause appearing, it is so ORDERED.

*[signature]*
JUDGE, UNITED STATES DISTRICT COURT

Date: *March 20, 2002*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of March, 2002, mailed, first class, postage prepaid, a copy of the foregoing Agreed Motion for Enlargement of Time to:

Thomas McGonigle, Esquire
McGuire Woods
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, D.C. 20036

Michael D. Trager, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604

Jerrold A. Thrope, Esquire
David Ralph, Esquire
Gordon, Feinblatt, Rothman
    Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

Lawrence J. Quinn, Esquire
Timothy A. Hodge, Jr., Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street
Baltimore, Maryland 21202

Nicholas G. Terris
Kirpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

James P. Ulwick, Esquire
Kramon & Graham, P.A.
Commerce Place
One South Street, Suite 2600
Baltimore, Maryland 21202-3201

Andrew D. Freeman, Esquire
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202

Nei S. Lang, Esquire
Stuart H. Thomsen
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2505

Philip G. Kircher, Esquire
Cozen O'Connor, Esquire
1900 Market Street
Philadelphia, Pennsylvania 19103-3508

Todd S. Collins, Esquire
Jacob A. Goldberg, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

_____
Joseph R. DeSantis