ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

$50 FEE PAID
# 1183800
FEE NOT PAID
(SEND LETTER)

2002 MAR 26 P 3:14

IN RE CREDITRUST CORPORATION
SECURITES LITIGATION

~~Plaintiff(s)~~      *

This Document Relates to ALL ACTIONS

vs.                   *      Case No.: MJG 00 CV 2174

                      *      MAR 19 2002

~~Defendant(s)~~

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Jonathan M. Jacobs__, am a member in good standing of the bar of this Court. My bar number is __06306__. I am moving the admission of

__Daniel E. Loeb__ to appear *pro hac vice* in this case as

counsel for __Mr. Jefferson Moore__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| See Attached Sheet | |
| | |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

  Jonathan M. Jacobs
Printed Name

Fried, Frank, Harris, et al.,
Firm

1001 Pennsylvania Ave., N.W.
Address Suite 800
Washington, D.C. 20004-2505

202-639-7000
Telephone Number

202-639-7008
Fax Number

PROPOSED ADMITTEE

_____
Signature                    Prid 239836
                             Plid 7902

  Daniel E. Loeb
Printed Name

Fried, Frank, Harris, et al.,
Firm

1001 Pennsylvania Ave., N.W.
Address Suite 800
Washington, D.C. 20004-2505

202-639-7000
Telephone Number

202-639-7008
Fax Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

☒ GRANTED     ☐ DENIED

March 26, 2002                    _____
Date                              United States District Judge

## Loeb, Daniel E.

| | Court | Status | Date Admitted | Bar Number |
|---|---|---|---|---|
| 1. | District of Columbia Bar | Active | 2/6/85 | 386098 |
| 2. | State of Colorado Bar | Inactive | 10/19/82 | 12383 |
| 3. | United States District Court for the District of Columbia | Active | 9/12/88 | |
| 4. | United States Court of Appeals for the District of Columbia Circuit | Active | 2/16/89 | |
| 5. | United States Court of Appeals for the Federal Circuit | Active | 9/24/93 | |
| 6. | United States Court of Appeals for the Fourth Circuit | Active | 08/09/99 | |
| 7. | United States Court of Appeals for the Ninth Circuit | Active | | |
| 8. | United States Court of Appeals for the Tenth Circuit | Active | 11/30/82 | |
| 9. | United States Court of Federal Claims | Active | 1/4/90 | |

102612_1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion for Pro Hac Vice for Daniel E. Loeb to be first class mail, postage pre-paid, this 19th day of March, 2002 to:

Thomas McGonigle, Esquire
McGuire Woods
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, D.C. 20036

Michael D. Trager, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604

Jerrold A. Thrope, Esquire
David Ralph, Esquire
Gordon, Feinblatt, Rothman
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

Lawrence J. Quinn, Esquire
Timothy A. Hodge, Jr., Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street
Baltimore, Maryland 21202

Nicholas G. Terris
Kirpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

James P. Ulwick, Esquire
Kramon & Graham, P.A.
Commerce Place
One South Street, Suite 2600
Baltimore, Maryland 21202-3201

Andrew D. Freeman, Esquire
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202

Nei S. Lang, Esquire
Stuart H. Thomsen
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2505

Philip G. Kircher, Esquire
Cozen O'Connor, Esquire
1900 Market Street
Philadelphia, Pennsylvania 19103-3508

Todd S. Collins, Esquire
Jacob A. Goldberg, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

_____
Joseph R. DeSantis