UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION : Civil Action No. MJG 00 CV 2174
SECURITIES LITIGATION :
:
:
This Document Relates to ALL ACTIONS :
:

# [PROPOSED] ORDER

Upon consideration of the Consent Motion of Plaintiffs for an extension of time in which to file their opposition to Defendant Jefferson B. Moore's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint, and Defendant Moore's consent thereto, it is this 20th day of May, 2002,

ORDERED that Plaintiffs shall file their opposition to Defendant Jefferson B. Moore's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint on or before June 17, 2002 and that Defendant Moore shall file any reply brief to Plaintiffs' Opposition on or before July 2, 2002.

_____
The Honorable Marvin J. Garbis
United States District Judge