FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

P 3: 28

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**

Tele: 410-962-7700
Fax: 410-962-0896

June 4, 2002

TO ALL COUNSEL OF RECORD

Re: In Re Creditrust, MJG-00-2174

Dear Counsel:

This is to confirm the telephone conference held today.

- The transcript of the November 29, 2001 examination
  under oath of John Davis shall be maintained under seal
  and examined by me no sooner than after the resolution
  of pending dismissal motions.

- There will be a hearing on the pending motion for
  approval of settlement on Tuesday, June 11 at 2:00
  p.m.

  - Counsel for Plaintiffs and for Defendant Rensin
    shall present argument.

  - Counsel for other parties may, but need not,
    attend and participate.

- There may be a brief, general, discussion of the
  possible future course of the case following the
  hearing.

- For the present I will be communicating with the
  respective parties through coordinating counsel who
  will inform the counsel on their respective sides.
  Until I am advised otherwise, these will be:

  - Todd S. Collins, Esquire for Plaintiffs.

  - Charles L. Eisen, Esquire for Defendants.

Counsel of Record
June 4, 2002
Page No. 2


    Although informal, this letter constitutes an Order of this
Court.


                                    Yours truly,

                                    Marvin J. Garbis
                                    United States District Judge

CC:   Clerk of the Court