ORIGINAL

$50 FEE PAID
#
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED / LODGED / ENTERED / RECEIVED
JUL 05 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 15 P 4: 09
AT BALTIMORE
BY DEPUTY

In re Creditrust Corporation Securities Litigation

Case No.: MJG 00 CV 2174

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Lawrence J. Quinn, am a member in good standing of the bar of this Court. My bar number is 07545. I am moving the admission of Elizabeth W. Fox, Esquire to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Pennsylvania | 1980 |
| United States District Court for the Eastern District of Pennsylvania | 1980 |
| United States Court of Appeals for the Third Circuit | 1980 |
| United States Court of Appeals for the Fourth Circuit | 1996 |
| United States Court of Appeals for the Fifth Circuit | 1994 |
| United States Supreme Court | 1984 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or ______________________________, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
| --- | --- |
| [signature] | Elizabeth W. Fox [signature] |
| Signature | Signature |
| Lawrence J. Quinn | Elizabeth W. Fox |
| Printed Name | Printed Name |
| Tydings & Rosenberg, LLP | Berger & Montague, P.C. |
| Firm | Firm |
| 100 East Pratt Street<br>Baltimore, MD 21202 | 1622 Locust Street<br>Philadelphia, PA 19103 |
| Address | Address |
| (410) 752-9700 | (215) 875-5806 |
| Telephone Number | Telephone Number |
| (410) 727-5460 | (215) 875-4673 |
| Fax Number | Fax Number |

Prid 97888
Plid 73761
86363

*************************************************************************

**ORDER**

☒ GRANTED ☐ DENIED

July 15, 2002 [signature]

Date United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on ~~June~~ July 3, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was sent by first-class mail, postage prepaid, to:

Neil Lang, Esquire
Stuart H. Thomsen
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2505

Thomas McGonigle, Esquire
McGuire Woods
1050 Connecticut Ave., N.W.
Suite 1200
Washington, D.C. 20036

Jeff Maletta, Esquire
Charles Eisen, Esquire
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 10036

Michael D. Trager, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604

James Ulwick, Esquire
Kramon & Graham, P.A.
Commerce Place
1 South Street, Suite 2600
Baltimore, Maryland 21202-3281

Philip G. Kircher, Esquire
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Jerrold A. Thrope, Esquire
David Ralph, Esquire
Gordon, Feinblatt, Rothman
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

Andrew D. Freeman, Esquire
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202

Jonathan M. Jacobs, Esq.
Daniel Loeb, Esquire
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004

BY: ______________________

352093_00.wpd