

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION : | Civil Action No. MJG 00 CV 2174 |
| This Document Relates to Civil Action No. MJG 00 CV 2174 : | |

## ORDER

WHEREFORE, having considered the Motion to Extend Time To Answer Consolidated Amended Complaint filed by Defendants Richard J. Palmer and Joseph K. Rensin, it HEREBY is ORDERED that the motion is GRANTED and that Defendants Richard J. Palmer and Joseph K. Rensin shall have until September 19, 2002 to answer the Consolidated Amended Complaint.

_____, 2002

_____
Marvin J. Garbis
United States District Judge

#30308453v1<

-3-