# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION

Civil Action No. MJG 00 CV 2174

This Document Relates to ALL ACTIONS

## REVISED CASE MANAGEMENT ORDER

AND NOW, this 10th day of September, 2002, this Court having received a report from the parties on case management in general and on the issues specified in Fed. R. Civ. P. 26(f) in particular and having conducted a pre-trial conference pursuant to Fed. R. Civ. P. 16,

IT IS HEREBY ORDERED as follows:

1. Defendants will answer the Complaint by September 19, 2002.

2. CLASS CERTIFICATION:

    a. Plaintiffs will file their Class certification motion on or before September 18, 2002;

    b. Defendants will conduct all discovery and file their opposition, if any, to that motion on or before November 15, 2002;

    c. If Defendants oppose Plaintiffs' motion for class certification, Plaintiffs will file their reply to Defendants' opposition to class certification by December 5, 2002.

3. DISCOVERY SCHEDULE:

    a. The parties will complete discovery by July 30, 2003.



    b.    The parties will exchange initial disclosures as required by Fed. R. Civ. P. 26(a)(1), EXCEPT for subsection (c) thereof, by October 1, 2002.

    c.    The parties will serve initial document requests and interrogatories no later than October 15, 2002. Responses will be due within 30 days.

    d.    Defendants should produce documents, in accordance with their responses and objections to Plaintiffs' documents requests, on a rolling basis beginning no later than December 1, 2002 and concluding no later than January 31, 2003.

    e.    All expert discovery will conclude no later than September 30, 2003.

4. SUMMARY JUDGMENT:

    a.    The parties shall schedule a hearing with the Court, within 21 days following the close of all discovery, to discuss issues that may be ripe for summary judgment.

    b.    The following briefing schedule shall apply to any summary judgment motion filed:

        i.    The moving party shall file its motion papers within 30 days of said hearing.

        ii.    The party or parties opposing that motion will file opposition papers 45 days from service of the motion papers.

        iii.    The party or parties making such a dispositive motion will file any reply papers within 30 days of service of the opposition papers.

5. CONFIDENTIALITY ORDER

   a. The parties will confer on the form of a confidentiality stipulation and order and will submit their joint proposal to the Court for its approval no later than October 18, 2002.

   b. If the parties are unable to agree on a confidentiality stipulation, they must file motions for entry of a confidentiality order no later than October 25, 2002.

   c. Pending the Court's entry of a confidentiality order, documents designated confidential shall be produced and treated on an "attorneys'-eyes" only basis, EXCEPT that attorneys can share any such document with their clients and consulting experts subject to those persons declaring that they will share the information with no one other than counsel to the parties in this action.

2. MISCELLANEOUS MATTERS:

   a. A final pre-trial conference, as well as oral argument on any dispositive motion, shall be held on dates the Court will determine.

   b. Henceforth, service is this action shall be effectuated by facsimile, by hand, or by overnight mail.

SO ORDERED.

*[signature]*
HONORABLE MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE