UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 13 · A 10: 49

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION

CIVIL ACTION NO. MJG 00-CV-2174

This Document Relates to ALL ACTIONS

---

**WITHDRAWAL OF PLAINTIFFS' MOTION FOR ENTRY OF
FINAL JUDGMENT PURSUANT TO FED.R.CIV.P. 54(b)**

Plaintiffs, Terri Roop and Barry Kimmelman, Jonathan K. and Beth C. Mack and Michael

Endrizzi, by their undersigned counsel, hereby withdraw their Motion for Entry of Final

Judgment Pursuant to Fed.R.Civ.P. 54(b).

Respectfully Submitted,

BERGER & MONTAGUE, P.C.

Date: September 12, 2002            By: _____

Todd S. Collins, Esquire
Jacob A. Goldberg, Esquire
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Lead Counsel For Lead Plaintiffs and the
putative Class

TYDINGS & ROSENBERG, LLP
Lawrence J. Quinn, Esquire
100 East Pratt Street
Baltimore, MD 21202
(410) 752-9700
Liaison Counsel for Lead Plaintiffs and
the putative Class

Approved this 13th day of September, 2002

Marvin J. Garbis
**United States District Judge**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 13 ' A 10 49

CLERKS OFFICE
AT BALTIMORE

BY_____DEPUTY

|  |  |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | : : : |
| This Document Relates to ALL ACTIONS | : : : |

Civil Action No. MJG 00 CV 2174

## CERTIFICATE OF SERVICE

I, CHRISTOPHER L. NELSON, hereby certify that I served a true and correct copy of

plaintiffs' Withdrawal of Plaintiffs' Motion For Entry of Final Judgment Pursuant to

Fed.R.Civ.P. 54(b) on the 12th day of September 2002 to:

**Via Fax & First Class Mail**

Daniel E. Loeb, Esquire
Fried, Frank, Harris, Shriver & Jacobsen
1001 Pennsylvania Ave., N.W.
Suite 800
Washington, DC 20004-2505

**Via First Class Mail**

Charles Eisen, Esquire
Nicholas G. Terris, Esquire
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, DC 10036

Stephen McNabb, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2604

BY: _____

Christopher L. Nelson, Esquire