ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION                    *

_____
            Plaintiff(s)                 *
                                              Case No.: **MJG 00 CV 2174**
        vs.                              *

_____              *
            Defendant(s)
                              ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Lawrence J. Quinn__, am a member in good standing of the bar of this Court. My bar number is __07545__. I am moving the admission of __Christopher L. Nelson__ to appear *pro hac vice* in this case as counsel for __the Lead Plaintiffs and the putative class__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Eastern District of Pennsylvania | 2000 |
| 4th Circuit Court of Appeals | 2002 |
| Supreme Court of Pennsylvania | 2000 |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Lawrence J. Quinn | Christopher L. Nelson |
| Printed Name | Printed Name |
| Tydings & Rosenberg LLP | Berger & Montague, P.C. |
| Firm | Firm |
| 100 East Pratt Street, 26th Floor | 1622 Locust Street |
| Baltimore, MD 21202 | Philadelphia, PA 19103-6365 |
| Address | Address |
| 410/752-9700 | 215/875-3000 |
| Telephone Number | Telephone Number |
| 410/727-5460 | 215/875-4604 |
| Fax Number | Fax Number |

********************************************************************

### ORDER

☑ GRANTED      ☐ DENIED

_1-23-03_           **Felicia C. Cannon**
Date

**Clerk, United States District Court**
by _[signature]_

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice     Page 2 of 2