```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

In re CREDITRUST CORPORATION     *  Civil Action No. MJG-00-2174
SECURITIES LITIGATION               (CONSOLIDATED WITH MJG-00-2297,
                                 *   00-2343, 00-2346, 00-2347 & 00-2539)

\*       \*       \*       \*       \*       \*       \*       \*       \*

                    ORDER CLARIFYING RECORD

It appears that the docket sheet of this case requires clarification in regard to certain matters of no substantive significance.

According:

- C    The Motion for Judgment, Paper 108, was DENIED by Paper 113 approving the withdrawal of the motion.

- C    The Motions for Leave to File, Papers 104 and 107, were GRANTED by Paper 120 granting certification.

- C    The Clerk shall correct the docket to reflect the closure of Papers 104, 107 and 108.

SO ORDERED, on <u>Friday, 7 March, 2003</u>.

                                   _____/ s /_____
                                   Marvin J. Garbis
                                   United States District Judge