IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re CREDITRUST CORPORATION<br>SECURITIES LITIGATION | * <br><br>* | Civil Action No. MJG-00-2174<br>(CONSOLIDATED WITH MJG-00-2297,<br>00-2343, 00-2346, 00-2347<br>& 00-2539) |

\* \* \* \* \* \* \* \* \*

ORDER

It appears that the matter of the Davis settlement should be considered in light of the ruling on the pending class certification motion and any supplemental briefing that may be necessary following that ruling. It further appears appropriate to clarify the record for administrative purposes.

Accordingly:

1. Plaintiffs' Motion for Final Approval of Partial Settlement is DENIED WITHOUT PREJUDICE.

2. Plaintiffs may renew the motion nunc pro tunc to the date of original filing within fifteen business days of the ruling on the pending class certification motion.

3. If the said motion is renewed, the respective parties may incorporate previously filed briefing by reference and merely provide any supplemental briefing that they deem necessary.

4. This action shall not affect the substantive rights of any party.

SO ORDERED, on Wednesday, 12 March, 2003.

/ s /
Marvin J. Garbis
United States District Judge