May 12, 2003

**Via Electronic Filing**
Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

      Re:    **In Re Creditrust Corporation Securities Litigation**
              **Civil Action No. MJG 00-CV-2174**

Dear Judge Garbis:

      On behalf of plaintiffs and the Class, I enclose the following:

- Plaintiffs' Motion for Renewal of Motion For Final Approval of Partial Settlement together with supporting papers.  (Plaintiffs are currently seeking preliminary approval of the Davis settlement.  Plaintiffs intend to file promptly papers with respect to notice procedures leading to a hearing for final approval of the Davis settlement following notice to the class.  Plaintiffs contemplate that the same notice will address both the Davis settlement and the pendency of the class action as to all defendants.)

- A form of Order with respect to class certification.

      Defendants Rensin and Palmer agree to the form (but of course not the substance) of this Order.

Honorable Marvin J. Garbis
May 12, 2003
Page - 2 -

      We appreciate the Court scheduling the telephone conference for 3:30 p.m. Thursday, May 15. Counsel for plaintiffs will make the telephone arrangements.

                         Sincerely,

                         */S/*

                         Lawrence Quinn

cc:    Clerk of the Court
        Charles Lee Eisen, Esq. (w/encls.)
        Stephen M. McNabb, Esq. (w/encls.)
        Douglas Seitz, Esq. (w/encls.)
        Todd Collins, Esq. (w/encls.)

366119_00.wpd

#341476