UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION

Civil Action No. MJG 00 CV 2174

This Document Relates to ALL ACTIONS

**PLAINTIFFS' MOTION FOR RENEWAL OF THE MOTION FOR APPROVAL
OF PARTIAL SETTLEMENT**

Plaintiffs, by and through their attorneys, hereby move the Court for the renewal, *nunc pro tunc*, of their motion for Final Approval of Settlement with Defendant John L. Davis ("Davis").  In connection with this motion, plaintiffs shall, as soon as possible, seek leave to provide individual and publication notice to the members of the Class with respect to the proposed settlement (the "Davis Settlement") and ask the Court to schedule a hearing to consider final approval of this Davis Settlement.  In support of this motion, Plaintiffs assert the following:

1. On March 26, 2002, plaintiffs filed with this Court their Motion for Final Approval of Partial Settlement, seeking the Court's approval of the Davis Settlement.

2. On March 12, 2003, this Court denied without prejudice Plaintiffs' Motion for Final Approval of Partial Settlement, with leave to renew the motion *nunc pro tunc* to the date of the original filing subsequent to the Court's ruling on plaintiffs' class certification motion, which was then pending.

3. On April 25, 2003, this Court certified a class of "all persons who purchased Creditrust common stock during the period July 28, 1998 through May 31, 2000, inclusive, and who suffered damage as a result of their purchase" as against defendants Rensin, Palmer and Davis.

#341486

4.  Plaintiffs incorporate by reference the briefing previously filed with this Court pertaining to their Motion for Final Approval of Partial Settlement, including but not limited to the relevant portions of plaintiffs' submissions of March 26, 2002, April 18, 2002, April 22, 2002, June 7, 2002, and June 18, 2002. (Plaintiffs are no longer seeking final approval in the absence of mailed notice to the class.)

5.  Plaintiffs seek by this motion preliminary approval of the Davis Settlement as fair, adequate and reasonable. At a later date, plaintiffs will seek notice to the Class, and final approval of the Davis Settlement, as described in paragraphs 6-7 below.

6.  As soon as possible, plaintiffs shall seek the Court's permission to mail notice (the "Notice") to all members of the Class who can be identified through reasonable effort, and also to publish a summary notice (the "Summary Notice") in the national edition of the Wall Street Journal. Such Notice and Summary Notice shall notify the members of the Class with respect to the proposed Davis Settlement; with respect to the pendency of the class action with respect to defendants Rensin, Palmer and Davis; and with respect to their rights.

7.  Plaintiffs have submitted forms of the proposed Notice and the proposed Summary Notice to counsel for defendants, and plaintiffs have not yet received comments with respect to such forms of Notice and Summary Notice from defendants Rensin and Palmer. In addition, plaintiffs are attempting to secure Creditrust's transfer records, which are required to obtain mailing lists for the Notice. As quickly as possible, plaintiffs intend to move for approval of the procedures for notifying the Class with respect to the Davis Settlement and the pendency of class certification. In addition, plaintiffs will ask for a date for the final hearing with respect to the Davis Settlement, which hearing shall be scheduled for a date after notice to the Class has been accomplished.

WHEREFORE, plaintiffs request that the Court enter an Order preliminarily approving the Davis Settlement, subject to the Court's further consideration of the Davis Settlement at the final settlement hearing, which shall be scheduled as soon as possible.

Dated: May 12, 2003

    Respectfully Submitted,

    TYDINGS & ROSENBERG, LLP

    /S/

    Lawrence J. Quinn, Esq.
    100 East Pratt Street, 26th Floor
    Baltimore, MD. 21202
    (410) 752-9700

    Liaison Counsel for Lead Plaintiffs and the Class

    BERGER & MONTAGUE, P.C.
    Todd Collins, Esq.
    Elizabeth Fox, Esq.
    Neil Mara, Esq.
    1622 Locust Street
    Philadelphia, PA. 19103
    (215) 875-3000

    Lead Counsel for Lead Plaintiffs and the Class

    KELLER ROHRBACK, LLP
    Lynn L. Sarko, Esq.
    1201 Third Avenue
    Suite 3200
    Seattle, WA. 98101-3052

    THE OLSEN LAW FIRM
    Kurt Olsen, Esq.
    2300 N. Street, N.W.
    Suite 600
    Washington, D.C. 20037

CreditTrust-Motion.wpd
366047