UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION        Civil Action No. MJG 00 CV 2174
SECURITIES LITIGATION

This Document Relates to ALL ACTIONS

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR RENEWAL OF THE MOTION FOR APPROVAL OF PARTIAL SETTLEMENT

Plaintiffs respectfully submit this Memorandum of Law in Support of their Motion for Renewal of the Motion for Approval of Partial Settlement.

On March 12, 2003, this Court denied without prejudice Plaintiffs' Motion for Final Approval of Partial Settlement, with leave to renew the motion after the Court's ruling on the then pending class certification motion. In the Class Certification Order, the Court stated that if plaintiffs file a motion for renewal of the denied Motion for Final Approval, they may incorporate by reference the briefing pertaining to this matter previously filed with the Court. Plaintiffs hereby rely on their prior submissions, which they incorporate herein by reference, in support of their renewed Motion for Final Approval of Partial Settlement.

For the reasons plaintiffs have previously advanced, plaintiffs respectfully submit that the Davis Settlement is fair, reasonable and adequate and that the Court should preliminarily approve the Davis Settlement. Plaintiffs will submit further papers, as soon as possible, with respect to the proposed notice program as to the Davis Settlement and the pendency of the class action as to defendants Rensin, Palmer and Davis.

#341487

Dated: May 12, 2003

Respectfully Submitted,

TYDINGS & ROSENBERG, LLP

*/S/*

Lawrence J. Quinn, Esq.
100 East Pratt Street
Baltimore, MD. 21202
(410) 752-9700

Liaison Counsel for Lead Plaintiffs and the Class

BERGER & MONTAGUE, P.C.
Todd Collins, Esq.
Elizabeth Fox, Esq.
Neil Mara, Esq.
1622 Locust Street
Philadelphia, PA. 19103
(215) 875-3000

Lead Counsel for Lead Plaintiffs and the Class


KELLER ROHRBACK, LLP
Lynn L. Sarko, Esq.
1201 Third Avenue
Suite 3200
Seattle, WA. 98101-3052

THE OLSEN LAW FIRM
Kurt Olsen, Esq.
2300 N. Street, N.W.
Suite 600
Washington, D.C. 20037

366079
CreditTrust-Mem.wpd