UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                            :
IN RE CREDITRUST CORPORATION                :
SECURITIES LITIGATION                       :        Civil Action No. MJG 00 CV 2174
_____ :
                                            :
This Document Relates to ALL ACTIONS        :
_____ :

## CERTIFICATE OF SERVICE

I, LAWRENCE QUINN, ESQUIRE, hereby certify that I served a true and correct copy

of: (1) Plaintiffs' Motion for Renewal of the Motion for  Approval of Partial Settlement; (2)

Plaintiffs' Memorandum Of Law In Support Of Their Motion for Renewal of the Motion for

Approval of Partial Settlement; and (3) [Proposed] Order Preliminarily Approving Partial

Settlement were served electronically on the 12th day of May, 2003 on:

Charles Lee Eisen, Esquire
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 10036

Stephen M. McNabb, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604

and mailed via first class U.S. Mail on:

Douglas H. Seitz, Esquire
1 North Charles Street
Suite 1200
Baltimore, MD. 21201-3720

BY:   _/S/_____
        Lawrence Quinn, Esquire

366083