**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION

Civil Action No. MJG 00 CV 2174

This Document Relates to ALL ACTIONS

**[PROPOSED] ORDER PRELIMINARILY APPROVING
PARTIAL SETTLEMENT**

This matter came on before the undersigned on Plaintiffs' Motion for Renewal of their Motion for Final Approval of the Partial Settlement with defendant John L. Davis, filed May 12, 2003. The Court finds as follows:

1. On January 11, 2002, plaintiffs filed their Motion for Final Approval of Partial Settlement with accompanying Memorandum of Law with this Court. Attached as Exhibit 1 to the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval was the "Stipulation and Agreement of Settlement" (the "Davis Settlement") by and between the class and defendant John L. Davis (the "Stipulation").

2. On April 25, 2003, this Court certified a class of "all persons who purchased Creditrust common stock during the period July 28, 1998 through May 31, 2000 inclusive and who suffered damage as a result of their purchase" as against all remaining defendants.

3. The proposed Davis settlement as set forth in the Stipulation, for which preliminary approval is sought, meets the threshold requirements for such approval. The negotiations leading up to the proposed Davis settlement were facilitated by well-qualified counsel and were in all respects conducted on an arm's-length basis. There also appears to have been sufficient discovery in the litigation, prior to the proposed Davis settlement, for plaintiffs and their counsel to make an informed judgement regarding the potential merits of plaintiffs' claims. Plaintiffs'

counsel have extensive prior experience in complex litigation and class actions. All class members will have an opportunity to be heard regarding any objections or concerns regarding the Davis settlement prior to or in connection with subsequent proceedings concerning potential final approval of the partial settlement.

Based on the foregoing findings, the proposed Davis settlement as set forth in the Stipulation by and between the certified class and defendant John L. Davis is hereby preliminarily approved.

**IT IS SO ORDERED.**

**DATED** this _____ day of _____, 2003.

                        Marvin J. Garbis
                        United States District Judge

366077