## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION       Civil Action No. MJG 00 CV 2174
SECURITIES LITIGATION

This Document Relates to ALL ACTIONS

### [PROPOSED] ORDER CERTIFYING THE CLASS AND SUB-CLASSES

**AND NOW,** this _____ day of _____, 2003, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Class Certification is granted;

1. There shall be a Class and two Subclasses of Plaintiffs as follows:

    a. The Class consists of all persons who purchased Creditrust common stock during the period July 28, 1998 through May 31, 2000, inclusive, and who suffered damage as a result of their purchase.

    b. Two subclasses are also hereby certified:

        1. Subclass One, the "Securities Act Subclass" shall consist of all persons who purchased Creditrust common stock pursuant to the Registration Statement with respect to Creditrust's Initial Public Offering, between July 28, 1998 and March 18, 1999;

        2. Subclass Two, the "Exchange Act Subclass" shall consist of all persons who purchased the common stock of Creditrust between July 28, 1998 and May 31, 2000;

        3. Excluded from the subclasses are Defendants, immediate family members of Defendants, any entity in which any Defendant has a controlling interest, and the legal affiliates, representatives, heirs, controlling persons, successors or predecessor in interest, and assigns of any Defendant.

      c.      Lead Plaintiffs shall be Barry Kimmelman and Terri Roop, and Representative Plaintiffs shall be Jonathan K. Mack, Beth C. Mack, and Michael Endrizzi.

**SO ORDERED:**

      **Honorable Marvin J. Garbis**
      **United States District Judge**

366146