UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | : : : | Civil Action No. MJG 00 CV 2174 |
| This Document Relates to ALL ACTIONS | : : : |  |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Joseph K. Rensin and Richard J. Palmer (the "Defendants") hereby appeal from the Memorandum and Order entered by the Court on April 30, 2003, granting the Motion of Plaintiffs for Class Certification and rejecting Defendants' argument that class certification was precluded by the periods of repose contained in 15 U.S.C. § 77m and 15 U.S.C. § 78i(e). This ruling is an immediately appealable collateral order pursuant to 28 U.S.C. § 1291. See Estate of Kennedy v. Bell Helicopter Textron, Inc., 283 F.3d 1107 (9th Cir. 2002) (district court's rejection of a statute of repose defense is subject to immediate appeal as of right pursuant to 28 U.S.C. § 1291). Defendants take this appeal to the United States Court of Appeals for the Fourth Circuit.

May 14, 2003                                        Respectfully submitted,

/s/                                                              /s/
Stephen M. McNabb, Esq.                      Charles Lee Eisen, Esq.
(signed by Nicholas G. Terris with         Jeffrey B. Maletta, Esq.
 permission of Stephen M. McNabb)     Nicholas G. Terris, Esq.
Matthew H. Kirtland, Esq.                      Kirkpatrick & Lockhart LLP
Fulbright & Jaworski LLP                       1800 Massachusetts Ave., N.W.
801 Pennsylvania Ave., N.W.                 Washington, D.C. 20036-1221
Washington, D.C. 20004-2604               Tel: (202) 778-9000
Tel: (202) 662-0200                                 Fax: (202) 778-9100
Fax: (202) 662-4643                                Counsel for Defendant Rensin
Counsel for Defendant Palmer