**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

---

IN RE CREDITRUST CORPORATION
SECURITIES LITIGATION

Civil Action No. MJG 00 CV 2174

---

This Document Relates to ALL ACTIONS

**Plaintiffs' Motion To Extend Deadlines
And Allow More than Ten Fact Depositions**

Plaintiffs move for an Order to extend the dates provided for in paragraph 3 of the

Revised Case Management Order entered by the Court on September 10, 2002, as amended by

the Court's order dated September 19, 2002, and to allow them to take up to 45 depositions, as

follows:

I.      The parties will complete fact discovery by the later of November 30, 2003, or 30

days after the Effective Date of plaintiffs' settlement with Davis.

II.     All expert discovery will conclude 90 days after the completion of fact discovery.

III.    Plaintiffs shall be permitted to take up to 45 fact depositions.

Dated:  August 1, 2003

Respectfully Submitted,

TYDINGS & ROSENBERG, LLP

By    /S/
Lawrence J. Quinn
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  410/752-9700

BERGER & MONTAGUE, P.C.

#350929

Todd Collins, Esq.
Elizabeth Fox, Esq.
Neil Mara, Esq.
1622 Locust Street
Philadelphia, PA. 19103
(215) 875-3000

Lead Counsel for Lead Plaintiffs and the Class