UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE CREDITRUST CORPORATION        Civil Action No. MJG 00 CV 2174
SECURITIES LITIGATION

This Document Relates to ALL ACTIONS

## MEMORANDUM OF LAW IN
## SUPPORT OF AMENDING CASE MANAGEMENT ORDER

This Court previously entered a Case Management Order on September 10, 2002, amended on September 19, 2002. Because both sides have been concentrating on Class certification and appeal issues and reviewing documents produced pursuant to subpoenas, and because many deponents are unavailable during July and August, plaintiffs have not yet begun to take depositions.[1] Accordingly, plaintiffs seek to extend the fact discovery deadline until November 30, 2003, or until 30 days after the Effective Date of the Davis settlement, whichever is later. Plaintiffs further request that expert discovery conclude 90 days after the end of fact discovery. Finally, in view of the large number of people and entities with knowledge about the events set forth in the complaint, plaintiffs seek leave to take up to 45 depositions, although they hope that they will not need to take that many. This request is justified because defendant Palmer, in his answers to interrogatories, lists more than 70 persons and entities with knowledge, and the documents produced so far implicate many more potential deponents.[2] See Exhibit A.

---

[1] The depositions to date have all related to Class issues.

[2] Many of the persons in these lists will not need to be deposed. At this stage, however, Plaintiffs cannot accurately estimate how many fact depositions will be needed, although the number certainly exceeds the ten permitted by Federal Rule 30.

#350928

Plaintiffs' counsel have spoken with defense counsel about these issues on several occasions. Defendants' counsel refused to consent to this motion, because they say they are planning to move to stay discovery during the pendency of their appeal of this Court's Order granting Class certification. Plaintiffs oppose any such stay because, regardless of what the Fourth Circuit decides on the Class issue, the named plaintiffs' case will continue, and require the same discovery.

WHEREFORE, plaintiffs request that this Court issue an Order extending the deadlines as set forth in the attached proposed Order and allowing plaintiffs to take as many as 45 depositions, and grant such other and further relief as is just and equitable..

Respectfully submitted,

**TYDINGS & ROSENBERG, LLP**


By  */S/*
Lawrence J. Quinn
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  410/752-9700



**BERGER & MONTAGUE, P.C.**
Todd S. Collins, Esq.
Elizabeth W. Fox, Esq.
Neil F. Mara, Esq,
  1622 Locust Street
  Philadelphia, PA 19103
  Tel.:  (215) 875-300