# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | Civil Action No. MJG 00 CV 2174 |

This Document Relates to ALL ACTIONS

### [Proposed] Order Extending Deadlines and Allowing More than Ten Fact Depositions

Upon consideration of the motion of plaintiffs and the Class, and the opposition of the defendants, it is this _____ day of _____, 2003, ORDERED:

I.  That the Revised Case Management Order entered by the Court on September 10, 2002, as amended by the Court's Order dated September 19, 2002, shall be amended to extend the dates provided for in paragraph 3 thereof as follows:

  a. The parties will complete fact discovery by the later of November 30, 2003, or 30 days after the Effective Date of plaintiffs' settlement with Davis.

  b. All expert discovery will conclude 90 days after the completion of fact discovery.

II.  Plaintiffs shall be permitted to take up to 45 fact depositions.

SO ORDERED:

_____
HONORABLE MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

#350926