UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                    :
IN RE CREDITRUST CORPORATION        :
SECURITIES LITIGATION               :   Civil Action No. MJG 00 CV 2174
_____:
                                    :
This Document Relates to ALL ACTIONS :
_____:

## CERTIFICATE OF SERVICE

I, Elizabeth W. Fox, Esquire, hereby certify that I served a true and correct copy of Plaintiffs' Memorandum of Law in Support of Amended Scheduling Order, Plaintiffs' Motion to Extend Deadlines and Allow More than Ten Fact Depositions, and [Proposed] Order Extending Deadlines and Allowing More than Ten Fact Depositions via Federal Express overnight mail on the 31st day of July 2003:

Charles Eisen, Esquire
Nicholas G. Terris, Esquire
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 10036

Stephen McNabb, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604

By:
Elizabeth W. Fox

#350924