UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | : : : | Civil Action No. MJG 00 CV 2174 |
| This Document Relates to ALL ACTIONS | : : : | |

**RESPONSE OF DEFENDANTS JOSEPH K. RENSIN AND RICHARD J. PALMER TO PLAINTIFFS' MOTION TO EXTEND DEADLINES AND ALLOW MORE THAN TEN FACT DEPOSITIONS**

Defendants Joseph K. Rensin and Richard J. Palmer hereby respond to Plaintiffs' Motion To Extend Deadlines And Allow More Than Ten Fact Depositions ("Plaintiffs' Motion") and their Memorandum and letter brief, dated July 31, 2003, in support thereof.

In light of this Court's August 4, 2003 Memorandum recognizing that resolution of Defendants' Motion to Stay is logically antecedent to the consideration of Plaintiffs' Motion, Defendants believe it is untimely to address the substance of Plaintiffs' Motion at this juncture. Even Plaintiffs concede in their letter brief that a stay of some proceedings is required in view of the pendency of Defendants' appeals.[1]

---

[1] Page 2 of Plaintiffs' letter brief recognizes that "[i]n view of the Fourth Circuit's grant of defendants' 23(f) petition, it is not appropriate to proceed with notice to the Class with respect to the pendency of the class action as to defendants Rensin and Palmer."

Accordingly, Defendants believe it is premature to respond to Plaintiffs' Motion, but (if necessary) undertake to do so promptly after the parties have the benefit of this Court's ruling on Defendants' Motion to Stay.

Date: August 18, 2003

                                        Respectfully submitted,

                                        /s/
KIRKPATRICK & LOCKHART LLP
Charles Lee Eisen (Bar No. 02538)
Jeffrey B. Maletta (Bar No. 11852)
Nicholas G. Terris (Bar No. 015124)
Jon A. Stanley
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036-1800
Tel: 202.778.9077
Fax: 202.778.9100
Counsel for Defendant Joseph K. Rensin

                                        /s/
FULBRIGHT & JAWORSKI L.L.P.
Matthew H. Kirtland (Bar No. 26089)
(signed by Nicholas G. Terris with permission of Matthew H. Kirtland)
Stephen M. McNabb
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Tel: (202) 662-0200
Fax: (202) 662-4643
Counsel for Defendant Richard J. Palmer