IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | CASE NO.: MJG 00-CV-2174 |

**This Document Relates to All Actions**

### WITHDRAWAL AND REENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please withdraw my appearance as counsel in this case for Lead Plaintiffs and the Class and enter my appearance as counsel for plaintiff Larry R. Romine.

I certify that Lawrence J. Quinn, Todd S. Collins, Elizabeth W. Fox and Neil F. Mara remain as counsel for Lead Plaintiffs and the Class.

3 September 2003

Christopher L. Nelson
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: cnelson@sbclasslaw.com

CreditrustWithdrawlofAppearance.wpd