UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | Civil Action No. MJG 00 CV 2174 |

This Document Relates to ALL ACTIONS

## PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO MOTION TO STAY

        As this Court knows, defendants twice appealed this Court's class certification decision to the Fourth Circuit: once, through Federal Rule of Civil Procedure 23(f)(Docket No. 03-1687) and once through the collateral order exception to 28 U.S.C. § 1291 (Docket No. 03-1615). After the Fourth Circuit granted defendants' Rule 23(f) petition, plaintiffs/appellees filed a motion in the Fourth Circuit to dismiss the § 1291 appeal. The Fourth Circuit granted that motion on September 3, 2003, and dismissed defendants' § 1291 appeal, leaving only the 23(f) appeal.

        After the Fourth Circuit granted the Rule 23(f) appeal, defendants filed, in this Court, a motion to stay all proceedings until a ruling by the Fourth Circuit on the class issue. (Docket # 142). In their motion to stay and in their reply memorandum, defendants argued that a stay is automatic in a § 1291 appeal. Now that the Fourth Circuit has dismissed defendants' § 1291 appeal, that argument is untenable. Therefore, in considering defendants' motion to stay, this Court should address only the cases and arguments discussing stays of proceedings pursuant to Rule 23(f) appeals. As plaintiffs have observed in their papers opposing defendants' motion to stay, a Rule 23(f) "appeal does not stay proceedings in the district court unless the district judge or the court of appeals so orders." Fed. R. Civ. P. 23(f).

#354486

| | |
|---|---|
| Dated: September 8, 2003 | Respectfully submitted, |

**TYDINGS AND ROSENBERG, LLP**

**By** _____/S/_____
Lawrence J. Quinn, Fed. Bar No. 07545
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
410/752-9700

**LOCAL COUNSEL FOR PLAINTIFFS AND THE CLASS**

**BERGER & MONTAGUE, P.C.**
Todd S. Collins
Elizabeth W. Fox
Neil Mara
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

**LEAD COUNSEL FOR LEAD PLAINTIFFS AND THE CLASS**

#354486