# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
801 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004-2623
WWW.FULBRIGHT.COM

MKIRTLAND@FULBRIGHT.COM  
DIRECT DIAL: (202) 662-4659

TELEPHONE: (202) 662-0200  
FACSIMILE: (202) 662-4643

September 9, 2003

**VIA ELECTRONIC FILING AND FACSIMILE**

Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: **In re Creditrust Corp. Securities Litigation,**
**Civil Action No. 00-CV-2174 (MJG)**

Dear Judge Garbis:

On behalf of our client Defendant Richard J. Palmer, we respectfully join in the arguments in support of Defendants' Motion to Stay All Proceedings During the Pendency of Defendants' Appeals to the Fourth Circuit stated in the September 8, 2003 letter submitted to the Court on behalf of Defendant Joseph K. Rensin.

As stated in Mr. Rensin's letter, on September 4, 2003 the Fourth Circuit issued a briefing schedule for Defendants' pending appeal pursuant to Fed. R. Civ. P. 23(f). Given that Defendants' opening brief is scheduled to be submitted on October 14, with response and reply due 30 days and 14 days thereafter, respectively, we believe the Fourth Circuit will issue its ruling on the appeal in short order. If the appeal is granted, and this class action is decertified, it is very likely that this case will settle or, at minimum, proceed under substantially different circumstances. A stay of discovery, during the pendency of the appeal, would be beneficial and substantially more cost-effective (for all parties). Plaintiffs will not be prejudiced by this relatively short stay.

On behalf of Mr. Palmer, we also withdraw all arguments in favor of the motion to stay predicated on Defendants' appeal based on 28 U.S.C. § 1291, now that this component of the appeal has been dismissed by the Fourth Circuit.

30547016.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH

Honorable Marvin J. Garbis
September 9, 2003
Page 2

                                                                                    Very truly yours,

                                                                                    Matthew H. Kirtland

cc:     Stephen M. McNabb, Esq.
          Charles Lee Eisen, Esq.
          Jeffrey B. Maletta, Esq.
          Nicholas G. Terris, Esq.
          Todd Collins, Esq.

30547016.1