```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

In re CREDITRUST CORPORATION   *   Civil Action No. MJG-00-2174
SECURITIES LITIGATION              (CONSOLIDATED WITH MJG-00-2297,
                               *   00-2343, 00-2346, 00-2347 & 00-2539)

*       *       *       *       *       *       *       *       *

## MEMORANDUM AND ORDER

The Court has before it the Motion to Stay All Proceedings During the Pendency of Defendants' Appeals to the Fourth Circuit [Paper 142], the Motion for the Renewal of the Motion for Approval of Partial Settlement [Paper 136], the Motion to Amend/Correct Deadlines and Allow More Than Ten Fact Depositions [Paper 141] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

On June 11, 2003, the United States Court of Appeals for the Fourth Circuit granted Defendants' Rule 23(f) petition. Defendants seek a stay of all proceedings pending resolution of the interlocutory appeal. This Court concludes that it is not required to stay all proceedings pending the interlocutory appeal. See e.g. Prado-Steinman v. Bush, 221 F.3d 1266, 1273 n. 8 (11th Cir. 2000). Nevertheless, it appears most sound to exercise discretion to stay the proceedings subject to the

ability of the Plaintiffs to seek to lift the stay as to any specific matter justifying such action.[1]

For the foregoing reasons:

1. The Motion to Stay All Proceedings During the Pendency of Defendants' Appeals to the Fourth Circuit [Paper 142] is GRANTED.

    a. All proceedings herein are stayed pending further Order.

    b. Any party may seek a lifting of the stay as to any specific matter for good cause.

2. The Motion for the Renewal of the Motion for Approval of Partial Settlement [Paper 136] is DENIED WITHOUT PREJUDICE.

3. The Motion to Amend/Correct Deadlines and Allow More Than Ten Fact Depositions [Paper 141] is DENIED WITHOUT PREJUDICE.

SO ORDERED, on <u>Wednesday, March 10, 2004</u>.

/ s /
Marvin J. Garbis
United States District Judge

---

[1] That is, a matter as to which there are sufficient exigencies, for example, to preserve the testimony of a critical witness with severe health concerns.