## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

------------------------------------------------------x

IN RE CREDITRUST CORPORATION    :       Civil Action No. MJG 00-CV-2174
SECURITIES LITIGATION          :

------------------------------------------------------x

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

WHEREAS, plaintiffs, on behalf of themselves and the Class, have reached a proposed settlement with defendants Joseph K. Rensin and Richard J. Palmer (the "Settlement"); and

WHEREAS, the Settlement, if approved by the Court after due notice to the Class, will bring this Action to a conclusion as to all parties;

Now, therefore, plaintiffs and defendants Rensin and Palmer, jointly move this Court to approve preliminarily the Settlement, as set forth in the Stipulation of Settlement and exhibits attached hereto, as being fair, reasonable, and adequate to the Class, subject to further consideration at the final hearing on the Settlement ("Settlement Hearing"), and to enter the Preliminary Approval Order in the form attached as Exhibit A to the Stipulation of Settlement.

Dated:  January 24, 2005          TYDINGS & ROSENBERG LLP

                                          _____/S/_____

                                          Lawrence J. Quinn, Esq., Bar No. 07545
                                          100 East Pratt Street, 26th Floor
                                          Baltimore, Maryland  21202
                                          410.752.9700

                                          **BERGER & MONTAGUE, P.C.**

Todd S. Collins, Esq.
Elizabeth W. Fox, Esq.
1622 Locust Street
Philadelphia, PA 19103
215.875.3000

Lead Counsel for Lead Plaintiffs
and the Class


**FULBRIGHT & JAWORSKI LLP**

Stephen M. McNabb, Esq.
Matthew H. Kirtland, Esq.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
(202) 662-0200

Counsel for Defendant Richard J. Palmer


**KIRKPATRICK & LOCKHART LLP**

Charles Lee Eisen, Esq.
Nicholas G. Terris, Esq.
1800 Massachusetts Avenue, N.W.
Washington, DC 20036-1800
(202) 778-9077

Counsel for Defendant Joseph K. Rensin