UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

------------------------------------------------------x
IN RE CREDITRUST CORPORATION    :    Civil Action No. MJG 00-CV-2174
SECURITIES LITIGATION                     :
------------------------------------------------------x

# MEMORANDUM OF LAW IN SUPPORT OF MOTION
# FOR PRELIMINARY APPROVAL OF SETTLEMENT

This is a securities class action brought pursuant to §§10(b) and 20(a) of the Securities and Exchange Act of 1934, 15 U.S.C. §§78j(b) and 78t and §§11 and 15 of the Securities Act of 1933. Having executed the Stipulation of Settlement, plaintiffs (on behalf of themselves and the Class) and defendants Joseph K. Rensin and Richard J. Palmer move for preliminary approval from this Court that the proposed Settlement is fair, reasonable, and adequate to the Class, and move for entry of the Preliminary Approval Order in the form attached as Exhibit A to the Stipulation of Settlement. The Settlement, if approved by the Court following due notice to the members of the Class, will bring this litigation to a close.

The proposed Preliminary Approval Order provides a schedule for proceedings relating to the Court's consideration of final approval of the Settlement and authorizes the notice process, including the form of notice.

For the convenience of the Court, the parties make the following suggestions with respect to dates:

- In paragraph 3, the parties suggest that the Court schedule the final hearing approximately 80 days after the date the preliminary order is filed.

#453961v.1

-In paragraph 6, the parties suggest that notice be mailed 15 days after the preliminary order is filed.

-In paragraph 11(a), the parties suggest that proofs of claim be postmarked 30 days after the final hearing, and that requests for exclusion from the Class, objections and comments, as set forth in paragraphs 12 and 13, be filed 60 days after the preliminary order is filed.

-In paragraph 15, the parties suggest that plaintiffs' counsel's briefs and affidavits in support of the Settlement be field two weeks before the scheduled Settlement Hearing date.

The parties have negotiated at length and believe that the Settlement is a fair, reasonable, and adequate resolution of this litigation, and request that this Court enter the Preliminary Approval Order.

Dated: January 24, 2005                              TYDINGS & ROSENBERG LLP

                                                                             /S/
Lawrence J. Quinn, Esq., Bar No. 07545
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
410.752.9700

**BERGER & MONTAGUE, P.C.**

Todd S. Collins, Esq.
Elizabeth W. Fox, Esq.
1622 Locust Street
Philadelphia, PA  19103
215.875.3000

Lead Counsel for Lead Plaintiffs
and the Class

#453961v.1

**KIRKPATRICK & LOCKHART LLP**

Charles Lee Eisen, Esq.
Nicholas G. Terris, Esq.
1800 Massachusetts Avenue, N.W.
Washington, DC 20036-1800
(202) 778-9077

Counsel for Defendant Joseph K. Rensin


**FULBRIGHT & JAWORSKI LLP**
Stephen M. McNabb, Esq.
Matthew H. Kirtland, Esq.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
(202) 662-0200

Counsel for Defendant Richard J. Palmer

#453961v.1