# EXHIBIT

# A-3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE CREDITRUST CORPORATION SECURITIES LITIGATION | ) ) ) ) | Civil Action No. MJG 00 CV 2174 |

**SUMMARY NOTICE**

TO: ALL PERSONS WHO PURCHASED COMMON STOCK OF CREDITRUST CORPORATION DURING THE PERIOD JULY 28, 1998, THROUGH MAY 31, 2000, INCLUSIVE (THE "CLASS PERIOD"), AND WHO WERE DAMAGED THEREBY.

YOU ARE HEREBY NOTIFIED that the above-captioned consolidated action has been certified as a class action and that a settlement has been proposed with Defendants Joseph Rensin and Richard Palmer for a total of $7,500,000 cash. A hearing will be held before the Honorable Marvin Garbis in the United States District Court, District of Maryland, Garmatz Courthouse, 101 West Lombard Street, Baltimore, MD 21201 at ___ a.m./p.m., on ____, 2005 in Courtroom _____ to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, to consider the proposed Plan of Allocation, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT. If you have not yet received the full printed Notice of Hearing on Proposed Class Action Settlement, Notice of Motion for Award of Attorneys' Fees and Expenses, and Notice of Right to Share in Settlement Fund (the "Notice) and a Proof of Claim form, you may obtain copies of these documents by contacting:

    Creditrust Corporation Securities Litigation
    c/o Heffler, Radetich & Saitta, L.L.P.
    Claims Administrator
    1515 Market Street, Suite 1700
    P. O. Box _____
    Philadelphia, PA 19105 - ____
    (215) 665-1124

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Counsel:

Todd Collins
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

   To participate in the Settlement, you must submit a Proof of Claim no later than _____, 200__. If you are a Class Member and do not now exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than _____ 2005. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the proceeds of the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

   Further information may be obtained by directing your inquiry in writing to the Claims Administrator at the address above.

DATED:_____, 2005

**BY ORDER OF THE DISTRICT COURT**

_____
Honorable Marvin J. Garbis
United States District Court Judge