UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

**In re Creditrust Corporation
Securities Litigation**                    Civil Action No. MJG 00 CV 2174

_____


PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION


Lead Plaintiffs, Barry Kimmelman and Terri Roop, ("Lead Plaintiffs"), by their counsel, hereby move the Court pursuant to Fed.R.Civ.P. 23(e) for final approval of the proposed Settlement and Plan of Allocation in the above-captioned class action (the "Action"). In support thereof, Lead Plaintiffs state as follows:

1. The proposed settlement provides a substantial benefit for the Class, consisting of $7,500,000 plus interest (the "Settlement Fund").

2. The Settlement, embodied in a Stipulation and Agreement of Settlement dated January 19, 2005 (the "Stipulation"), was reached after intensive, arm's-length negotiations by experienced counsel. The Stipulation sets forth "any agreement made in connection with the Settlement." Fed.R.Civ.P. 23(e)(2).

3. As required by the Court's Preliminary Approval Order, dated January 28, 2005 (the "Preliminary Order"), Notice of the Settlement and the approval hearing scheduled by the Court was provided to the members of the Class. The Proposed Plan of Allocation was included in the Notice of Settlement. The deadline to serve objections to the Settlement or to request exclusion from the Class expired on April 1, 2005. No objections to the Settlement and no requests for exclusion have been received to date.

464718v1

4.      In further support of this Motion, Lead Plaintiffs rely upon: (a) the record herein; (b) the Stipulation, which was previously filed with the Court; (c) the Memorandum of Law in Support of Plaintiffs' Motion For Final Approval of Settlement and Plan of Allocation; (d) the Declaration of Todd S. Collins in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Attorneys' Expenses, and Reimbursement of Plaintiffs' Expenses (which includes as an exhibit the Affidavit of Edward Sincavage, C.P.A., of Heffler Radetich & Saitta L.L.P., the Claims Administrator) and (f) the Memorandum of Law in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Attorneys' Expenses, and Reimbursement of Plaintiffs' Expenses.

WHEREFORE, Plaintiffs respectfully request that the Court approve the Settlement and the Plan of Allocation as fair, reasonable and adequate and enter the proposed Order and Final Judgment.

Dated April 18, 2005                    Respectfully submitted,

**BERGER & MONTAGUE, P.C.**


By:_____/s/_____
       Todd Collins, Esq.
       Elizabeth Fox, Esq.
       Neil Mara, Esq.
       1622 Locust Street
       Philadelphia, PA   19103
       (215) 875-3000

Lead Counsel for Plaintiffs and the Class

                                                  **TYDINGS & ROSENBERG LLP**

                                                  Lawrence Quinn, Esq.
                                                  100 East Pratt Street
                                                  26th Floor
                                                  Baltimore, MD. 21202
                                                  (410) 752-9742

                                    Liaison Counsel for Plaintiffs and the Class