# IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | **:** | |
| **In re Creditrust  Corporation** | **:** | **Civil Action. No. MJG 00-CV-2174** |
| **Securities  Litigation** | **:** | |
| | **:** | |

## PLAINTIFFS' MOTION FOR  AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF ATTORNEYS' EXPENSES, AND REIMBURSEMENT OF PLAINTIFFS' EXPENSES

Lead Plaintiffs Barry Kimmelman and Terri Roop ("Lead Plaintiffs"), and Plaintiffs' Counsel (collectively, "Movants") hereby move the Court, pursuant to Rules 23(h) and 54(d)(2), Fed. R. Civ. P., for an award of attorneys' fees in the amount of $2,250,000,  representing thirty percent of the $7,500,000 Settlement; for reimbursement of Plaintiffs' Counsel's expenses in the amount of $246,881.11; [1], and for reimbursement of Plaintiffs' expenses in the amount of $10,570, incurred in connection with the prosecution and successful resolution of this class action lawsuit (the "Action").  In support of this motion, and as may be required by Fed. R. Civ. P. 54(d)(2)(B), Movants state that Plaintiffs' Counsel are entitled to the award of attorneys' fees and reimbursement of expenses in the amounts requested herein, and Plaintiffs are entitled to reimbursement of expenses,  as a result of having created a substantial monetary common fund for the benefit of the Class previously certified by the Court's Order dated April 30, 2003.

In further support of this motion, Movants rely upon: (a) the record herein; (b) the Stipulation of Settlement previously filed with the Court; (c) the accompanying Memorandum of Law in Support of this Motion; (d) the accompanying compendium of Plaintiffs' Counsels' Fee

---

[1] Movants also seek interest in amounts proportionate to the interest as earned by the Settlement Fund.

and Expense Affidavits in Support of Joint Fee Petition (Exh. A); (e) the accompanying

Affidavits with respect to Plaintiffs' expenses (Exh. B); (f) the Declaration of Todd S. Collins in

Support of Plaintiffs' Motion For Final Approval of Settlement and Plan of Allocation and

Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Attorneys' Expenses, and

Reimbursement of Plaintiffs' Expenses, (which includes as an exhibit the Affidavit of Edward

Sincavage, of Heffler, Radetich & Saitta L.L.P., the Claims Administrator); and (g) the

accompanying Memorandum of Law in Support of Plaintiffs' Motion For Final Approval of

Settlement and Plan of Allocation (collectively, the "Record"), and state that the Record

demonstrates the following:

  1. The proposed Settlement provides a substantial "common fund" benefit for the

Class  consisting of $7,500,000, plus interest (the "Settlement Fund").

  2. This Settlement, embodied in a Stipulation of Settlement dated January 19, 2005

(the "Stipulation"), was reached after extensive arm's-length negotiations by experienced

counsel.  The Stipulation sets forth the "agreement made in connection with the Settlement".

*See* Fed. R. Civ. P. 23(e)(2).

  3. The Settlement is an outstanding result, and it is fair, reasonable and adequate and

in the best interests of the Class.

  4. The recovery obtained in this Action was achieved due to the competence,

tenacity and perseverance of Plaintiffs' Counsel and Plaintiffs. The Action proceeded in a highly

efficient and non-duplicative fashion.  The efforts expended were reasonable and necessary to

bring this complex litigation to a successful conclusion.  As compensation for their efforts on

behalf of the Class, Movants respectfully request that the Court approve an award of attorneys'

fees, which is consistent with precedent,  in the amount of  thirty percent of the $7,500,000

464709v1

Settlement Fund, plus interest. Additionally, Movants respectfully request that the Court approve reimbursement of Plaintiffs' Counsel's expenses in the amount of $246,881.11, plus interest, such expenses having all been necessary in connection with the prosecution of the Action. Movants further request that the Court reimburse Plaintiffs' expenses in the amount of $10,570, collectively.

5.      The Settlement was approved by Lead Plaintiffs, and the Class has also demonstrated their approval. As required by the Court's Preliminary Approval Order, over 4,600 copies of the Notice were disseminated to putative Class Members, indicating that at the May 2, 2005 hearing, Plaintiffs' Counsel intended to seek up to 30% of the $7.5 million Settlement Fund in attorneys' fees and to seek reimbursement of their expenses, plus interest. The Summary Notice was published in *The Wall Street Journal* on February 24, 2005, as required by the Court. The deadline to serve objections to the Settlement or the fee and expense request or to request exclusion from the Class expired on April 1, 2005. To date, no requests for exclusion have been received. No Class Members have objected to the Settlement or the fee and expense application.

6.      Plaintiffs' Counsel have conducted this litigation and achieved the Settlement with skill and efficiency.

7.      The litigation of this Action involved complex factual and legal issues, and the Action was actively prosecuted since its filing on July 14, 2000.

8.      If Plaintiffs' Counsel had not achieved the Settlement, there was a risk either of nonpayment or of achieving a smaller recovery.

9.      Since January 14, 2000, Plaintiffs' Counsel have devoted over 5,500 hours, with a lodestar value of $2,057,873.90, to achieve the Settlement.

10.     The amount of attorneys' fees  awarded and expenses reimbursed from the Settlement Fund are consistent with the awards in similar cases.

11.     Lead Plaintiff Barry Kimmelman and Representative Plaintiffs Jonathan Mack and Michael Endrizzi vigorously represented the interests of the Class throughout the litigation. Among them, these three Plaintiffs devoted over 123 hours to this Action over the almost five years since its inception.  Their efforts were instrumental in achieving the Settlement.  Movants respectfully request that Lead and Representative Plaintiffs' expenses incurred in this litigation be reimbursed in the amount of $10,570, such expenses having been necessary to the prosecution of the Action.

WHEREFORE, Movants respectfully request that the Court approve an award of attorneys' fees in the amount of $2,250,000,  representing thirty percent of the $7,500,000 Settlement Fund; reimbursement of Plaintiffs' Counsel's expenses in the amount of $246,881.11; plus interest on those amounts at the same rate as earned by the Settlement Fund; and reimbursement of Plaintiffs' expenses in the amount of $10,570.

Dated: April 18, 2005                     Respectfully submitted,

**BERGER & MONTAGUE, P.C.**

By:___/s/_____
    Todd Collins, Esq.
    Elizabeth Fox, Esq.
    Neil Mara, Esq.
    1622 Locust Street
    Philadelphia, PA   19103
    (215) 875-3000

Lead Counsel for Plaintiffs and the Class

**TYDINGS & ROSENBERG LLP**

Lawrence Quinn, Esq.
100 East Pratt Street
26th Floor
Baltimore, MD   21202
(410) 752-9742

Liaison Counsel for Plaintiffs and the Class