IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In re Creditrust Corporation Securities Litigation | : : : : | Civil Action No. MJG 00-CV-2174 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2005, paper copies of: (1) Plaintiffs' Motion for Final Approval of Settlements and Plan of Allocation; (2) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlements and Plan of Allocation; (3) Motion by Plaintiffs and Plaintiffs' Counsel for an Award of Attorneys' Fees, Reimbursement of Attorney Expenses, and Reimbursement of Plaintiffs' Expenses; (4) Memorandum of Law in Support of Motion by Plaintiffs and Plaintiffs' Counsel for An Award of Attorneys' Fees, Reimbursement of Attorney Expenses, and Reimbursement of Plaintiffs' Expenses with Exhibits; (5) Declaration of Todd S. Collins in Support of Plaintiffs' Motion for Final Approval of Settlements and Plan of Allocation and Motion by Plaintiffs and Plaintiffs' Counsel for an Award of Attorneys' Fees, Reimbursement of Attorney Expenses, and Reimbursement of Plaintiffs' Expenses; and (6) Compendium of Unreported Cases Cited in Plaintiffs' Memoranda of Law in Support of Plaintiffs' Motion for Final Approval of Settlements and Plan of Allocation and Motion by Plaintiffs and Plaintiffs' Counsel for an Award of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement of Plaintiffs' Expenses were served by overnight delivery to the below listed counsel:

#464818v.1

Charles Eisen, Esquire
Kirkpatrick & Lockhart, LLP
1800 Massachusetts Avenue, NW
Suite 200
Washington, D.C.  20036

Stephen McNabb, Esquire
Fulbright & Jaworski
Market Square
801 Pennsylvania Avenue
Washington, D.C.  20004


Dated:  April 20, 2005                **BERGER & MONTAGUE, P.C.**


By:___/s/_____
   Todd Collins, Esquire
   Elizabeth Fox, Esquire
   Neil Mara, Esquire
   1622 Locust Street
   Philadelphia, PA  19103
   (215) 875-3000

Lead Counsel for Plaintiffs and the Class

**TYDINGS & ROSENBERG LLP**
   Lawrence J. Quinn, Esquire
   100 East Pratt Street, 26th Floor
   Baltimore, Maryland  21202
   (410) 752-9742

Lead Counsel for Plaintiffs and the Class

#464818v.1