IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re Creditrust Corporation Securities Litigation | Civil Action. No. MJG 00-CV-2174 |

## AGREED ORDER

Plaintiffs will cause a notice in substantially the form of Exhibit hereto, with an appropriate cover letter, to be mailed as quickly as possible, by first class mail, postage prepaid, to each of the following nominee firms: those firms referenced in paragraph 10 of Affidavit of Edward J. Sincavage, CPA Regarding Dissemination of Notice to the Class (attached as Exhibit A to the Declaration of Todd S. Collins in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Plaintiffs' Motion for Award of Attorney's Fees, Reimbursement of Expenses, and Reimbursement of Plaintiffs' Expenses) to which Plaintiffs did not, prior to April 12, 2005, cause a copy of the Notice dated February 15, 2005 to be mailed.

May 5, 2005

SO ORDERED:

_____
HONORABLE MARVIN GARBIS
UNITED STATES DISTRICT COURT JUDGE

C:\LssWork\394091.wpd

May __, 2005

**Attention: Purchasers Of Creditrust Corporation Stock Who
May Not Have Received Notice Before April 1, 2005**

Enclosed is a February 15, 2005 Notice of Settlement of a class action on behalf of persons who bought Creditrust stock between July 28, 1998 and May 31, 2000 (the "February 15 Notice").

Because some shareholders may not have received the February 15 Notice before April 1, the Court has extended the date for such persons to opt out or object to the settlement, the plan of allocation and/or the requests for attorneys' fees and expenses and reimbursement of plaintiffs' expenses.

If you did not receive a copy of the February 15 Notice before April 1, 2005 and wish to opt out (as explained in paragraphs 12 and 18 of the notice) or to object to the settlement, the plan of allocation, or the requests for attorney's fees and expenses and reimbursement of plaintiffs' expenses (as explained in paragraphs 17 and 18 of the notice), you must opt out or object on or before [45 days from the date set forth at the top of this page, which will be the mailing date]. You must follow the procedure for opting out or objecting set forth in the notice.

In addition, if you wish to opt out or object, you must certify that you did not receive a copy of the February 15 Notice before the original April 1, 2005 deadline set forth in the notice by signing the following certification and returning this page with your opt out or objection.

I hereby certify that I did not receive a copy of the February 15 Notice of Settlement before April 1, 2005.

_____
Print Name

_____
Signature

_____
Date

EXHIBIT 1