FILED: July 12, 2005

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1687
(CA-00-2174-MJG)

BARRY KIMMELMAN; TERRI ROOP; JONATHAN K. MACK; BETH C. MACK; MICHAEL ENDRIZZI,

           Plaintiffs - Appellees,

 and

RONALD J. CONLON, Individually and on behalf of all others similarly situated; ANNIE GRAHAM; DOYLE BREWINGTON; LARRY R. ROMINE, Individually and on behalf of all others similarly situated; ROY T. TEPPER, JR.,

           Plaintiffs,

 versus

JOSEPH K. RENSIN; RICHARD J. PALMER,

           Defendants - Appellants,

 and

J. BARRY DUMSER; JOHN L. DAVIS; JEFFERSON B. MOORE; FREDERICK WILLIAM GLASSBERG; JOHN MORAN; MICHAEL S. WITLIN; HARRY PAPPAS; FERRIS, BAKER, WATTS, INCORPORATED; BOENNING & SCATTERGOOD, INCORPORATED

           Defendants.

O R D E R

By order of February 23, 2004, this Court remanded the case to the District Court for consideration of settlement but

retained subject matter jurisdiction over the appeal. <u>See</u> <u>Kimmelman v. Rensin</u>, No. 03-1687 (4th Cir. Feb. 23, 2004) (remand order). On June 28, 2005, the District Court entered an order and final judgment approving a proposed settlement and dismissing the case with prejudice, effective July 1, 2005. <u>See</u> <u>In re Creditrust Corp. Sec. Litig.</u>, No. MJG 00 CV2174 (D. Md. June 28, 2005). Accordingly, the appeal is dismissed as moot.

    Entered at the direction of Chief Judge Wilkins, with the concurrences of Judge Widener and Judge Shedd.

                                  For the Court

                                  /s/ Patricia S. Connor

                                              Clerk