ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

LAWRENCE J. QUINN
410/752-9742
lquinn@tydingslaw.com

July 19, 2005

**VIA ELECTRONIC FILING**

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    In Re Creditrust Corporation Securities Litigation
               Civil Action No. MJG 00-CV-2174

Dear Judge Garbis:

      I write as liaison counsel for the plaintiffs in the captioned matter. On July 15, 2005, Todd Collins, on behalf of the plaintiffs, wrote the Court and stated that the plaintiffs have no comment with respect to the Court's proposed Order regarding fees and expenses. Upon further review of the proposed Order, the plaintiffs failed to notice that the Order does not provide for interest on the expenses requested. In paragraph 4 of plaintiffs' motion for award of attorneys' fees, reimbursement of attorneys' expenses, and reimbursement of plaintiffs' expenses, the plaintiffs respectfully requested reimbursement of plaintiffs' counsel's expenses in the amount of $246,881.11, <u>plus interest</u>. Accordingly, plaintiffs request that the Order include interest on the expenses requested. I apologize for any inconvenience this may cause the Court.

      Thank you for your consideration of this matter.

                                 Sincerely,

                                 Lawrence J. Quinn

LJQ:sh

cc:    All Counsel of Record via electronic filing

#477492v.1