IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re CREDITRUST CORPORATION   \* Civil Action No. MJG-00-2174
SECURITIES LITIGATION          (CONSOLIDATED WITH MJG-00-2297,
                              \* 00-2343, 00-2346, 00-2347 & 00-2539)

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Attorneys' Expenses and Reimbursement of Plaintiffs' Expenses [Paper 158] to which no opposition has been filed.

The Court has presided over the case and is aware of the nature and quality of services rendered by counsel. Moreover, the Court notes that there has been no objection whatsoever to Plaintiffs' counsel's request.

Accordingly:

1. Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Attorneys' Expenses and Reimbursement of Plaintiffs' Expenses is GRANTED.

2. Plaintiffs counsel are hereby awarded:

    a. Attorneys' fees of $2,250,000.00.

    b. Counsel's expenses of $246,881.11, plus interest.

    c. Plaintiffs' expenses of $10,750.00.

SO ORDERED, on <u>Wednesday, July 20, 2005</u>.

/ s /
Marvin J. Garbis
United States District Judge