NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

August 3, 2005

**MANDATE**

AUG 0 8 2005

TO: Clerk, District Court/Agency

FROM:   Catherine T. Robinson
        Deputy Clerk

RE: 03-1687 Rensin v. Kimmelman
    CA-00-2174-MJG

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 7/12/05.

[x] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____


cc:   Matthew H. Kirtland
      Stephen M. McNabb
      Nicholas G. Terris
      Jeffrey B. Maletta
      Charles Lee Eisen
      Lawrence Joseph Quinn
      Todd S. Collins
      Elizabeth W. Fox

```
                            JUDGMENT
                                        FILED: July 12, 2005

               UNITED STATES COURT OF APPEALS

                            for the

                         Fourth Circuit                 AUG 08 2005


                          No. 03-1687
                         CA-00-2174-MJG
```

BARRY KIMMELMAN; TERRI ROOP; JONATHAN K. MACK; BETH C. MACK;
MICHAEL ENDRIZZI

       Plaintiffs - Appellees

    and

RONALD J. CONLON, Individually and on behalf of all others
similarly situated; ANNIE GRAHAM; DOYLE BREWINGTON; LARRY R.
ROMINE, Individually and on behalf of all others similarly
situated; ROY T. TEPPER, JR.

       Plaintiffs

v.

JOSEPH K. RENSIN; RICHARD J. PALMER

       Defendants - Appellants

    and

J. BARRY DUMSER; JOHN L. DAVIS; JEFFERSON B. MOORE;
FREDERICK WILLIAM GLASSBERG; JOHN MORAN; MICHAEL S. WITLIN;
HARRY PAPPAS; FERRIS, BAKER, WATTS, INCORPORATED; BOENNING &
SCATTERGOOD, INCORPORATED

       Defendants

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the Court's order of today, the case is dismissed.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate.


/s/ Patricia S. Connor
_____
CLERK

```
                                         FILED:  July 12, 2005
                  UNITED STATES COURT OF APPEALS
                      FOR THE FOURTH CIRCUIT
```

                            No. 03-1687
                          (CA-00-2174-MJG)

BARRY KIMMELMAN; TERRI ROOP; JONATHAN K.
MACK; BETH C. MACK; MICHAEL ENDRIZZI,

                                        Plaintiffs - Appellees,

        and

RONALD J. CONLON, Individually and on behalf of all others
similarly situated; ANNIE GRAHAM; DOYLE BREWINGTON; LARRY R.
ROMINE, Individually and on behalf of all others similarly
situated; ROY T. TEPPER, JR.,

        Plaintiffs,


        versus


JOSEPH K. RENSIN; RICHARD J. PALMER,

                                        Defendants - Appellants,

        and

J. BARRY DUMSER; JOHN L. DAVIS; JEFFERSON B. MOORE;
FREDERICK WILLIAM GLASSBERG; JOHN MORAN; MICHAEL S. WITLIN;
HARRY PAPPAS; FERRIS, BAKER, WATTS, INCORPORATED; BOENNING &
SCATTERGOOD, INCORPORATED

        Defendants.

                              O R D E R


    By order of February 23, 2004, this Court remanded the case

to the District Court for consideration of settlement but

retained subject matter jurisdiction over the appeal. <u>See</u> <u>Kimmelman v. Rensin</u>, No. 03-1687 (4th Cir. Feb. 23, 2004) (remand order). On June 28, 2005, the District Court entered an order and final judgment approving a proposed settlement and dismissing the case with prejudice, effective July 1, 2005. <u>See</u> <u>In re Creditrust Corp. Sec. Litig.</u>, No. MJG 00 CV2174 (D. Md. June 28, 2005). Accordingly, the appeal is dismissed as moot.

Entered at the direction of Chief Judge Wilkins, with the concurrences of Judge Widener and Judge Shedd.

For the Court

/s/ Patricia S. Connor
_____
Clerk

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ [signature]
Deputy Clerk