UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE: CREDITRUST CORPORATION : <br> SECURITIES LITIGATION : <br> : <br> : | CIVIL ACTION NO. <br> MJG 00 CV 2174 |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to the Memorandum of Law in Support of Plaintiffs' Motion for an Order to Approve Distribution of the Settlement Fund, exists only in paper format and is longer than fifteen pages or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: July 28, 2006        /S/ Lawrence J. Quinn
                                                            Lawrence J. Quinn, Fed. Bar No. 07545
                                                            Tydings & Rosenberg LLP
                                                            100 East Pratt Street, 26th Floor
                                                            Baltimore, Maryland 21202
                                                            Phone: 410.752.9700
                                                            Fax: 410.727.5460

#531750v.1