1622 LOCUST STREET  |  PHILADELPHIA, PA 19103-6305  |  phone 215/875-3000  |  fax 215/875-4604  |  www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

| | |
|---|---|
| WRITER'S DIRECT DIAL | (215) 875-5806 |
| WRITER'S DIRECT FAX | (215) 875-4636 |
| WRITER'S DIRECT E-MAIL | efox@bm.net |

August 9, 2006

Honorable Marvin J. Garbis
United States District Court
District of Maryland
5-C United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    In re Creditrust Corp.
              **Civil Action No. MJG CV 2174**

Dear Judge Garbis:

       This responds to your fax questions of July 31, 2006, concerning Plaintiffs' Motion for an Order to Approve Distribution of the Settlement Fund. As the Court knows, plaintiffs notified all Class members of the settlement and plan of allocation and also of the hearing to consider them. The Court, approved the settlement and plan of allocation on June 27, 2005 after considering objections from several shareholders at the hearing on May 2, 2005. Accordingly, the plan of allocation has been sent to all Class members and consented to by the vast majority of them.

       Further, as the Heffler declaration, Exhibit I to the Motion, states, in every case where the Claims Administrator, Heffler concluded that an individual claimant did not have a valid claim, Heffler sent two letters explaining why the claim was rejected giving the claimant a chance to contest Heffler's recommendation of rejection of the entire claim or part of the claim. Heffler has furnished the reasons for every rejection in its exhibit showing non-payable claims. To date, none of these claimants is contesting Heffler's recommendation of rejection of their claims. Accordingly, we believe the Class as a whole has had an opportunity to contest the plan of allocation, and each individual claimant whose claim has been rejected has had opportunities to contest the rejection of his, her or its claim.

408309_00.wpd

**Berger&Montague,P.C.**
ATTORNEYS AT LAW

Honorable Marvin J. Garbis
United States District Court
August 9, 2006
Page 2

---

In response to your July 31, 2005 letter, we have been informed that neither of the settling defendants is taking any position on this motion. Therefore, we respectfully suggest that further notice to the Class or persons with non-payable claims is unnecessary. Although we believe the Court can now rule on this motion without further information or argument, we would be glad to appear and answer any questions the Court might have, or file any supplemental brief the Court may need.

Respectfully,

*Elizabeth W. Fox*

Elizabeth W. Fox

EWF:cmt
cc:  Charles Lee Eisen, Esquire
     Stephen M. McNabb, Esquire

408309_00.wpd